EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
GEOFFREY L. GRAYBILL, State Bar No. 53643
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5465
 Fax: (916) 324-8835
 Email: Geoffrey.Graybill@doj.ca.gov
Attorneys for Defendant Edmund G. Brown Jr.,
Attorney General of the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN,<br><br>Plaintiffs,<br><br>v.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN MCGINNIS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-consipirators; ATTORNEY GENERAL MICHAEL B. MUKASEY,<br><br>Defendants. | CASE NO: 2:08-cv-02064-JAM-KJM<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ATTORNEY GENERAL BROWN, TO RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT SERVED JANUARY 2, 2009 |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 6-144, Gary W. Gorski and Daniel M. Karalash, attorneys for plaintiffs James Rothery, Esq. and Andrea Hoffman (Plaintiffs) and Geoffrey L. Graybill, Deputy Attorney General, representing Defendant Edmund G. Brown Jr., Attorney General of the State of California (Defendant) state:

STIPULATION FOR EXTENSION OF TIME FOR DEF. BROWN                    CASE NO: 2:08-cv-02064-JAM-KJM
TO RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT

1

1  The Summons and Complaint in this action was personally served on Defendant on
2  January 2, 2009.  A responsive pleading to the complaint is currently due January 22, 2009.
3  Pursuant to this Court's Local Rule 6-144(a), the respective attorneys for Plaintiffs and
4  the Defendant stipulate to a 30-day extension of time for Defendant to respond or to otherwise
5  plead to the Complaint, to and including Friday, February 20, 2009.
6  **IT IS SO STIPULATED.**

7  Dated: January 14, 2009           LAW OFFICES OF GARY W. GORSKI

                                    By: /S/ Gary W. Gorski (as authorized on 1/14/09)
                                        Gary W. Gorski, Attorney for Plaintiffs
                                        James Rothery, Esq. and Andrea Hoffman

11 Dated: January 14, 2009           LAW OFFICES OF DANIEL M. KARALASH

                                    By: /S/ Daniel M. Karalash (as authorized on 1/14/09)
                                        Daniel M. Karalash, Attorney for Plaintiffs
                                        James Rothery, Esq. and Andrea Hoffman

15 Dated: January 15, 2009
                                    EDMUND G. BROWN JR.
                                    Attorney General of the State of California

                                    CHRISTOPHER E. KRUEGER
                                    Senior Assistant Attorney General

                                    DOUGLAS J. WOODS
                                    Supervising Deputy Attorney General


                                    GEOFFREY L. GRAYBILL
                                    Deputy Attorney General
                                    Attorneys for Defendant Edmund G. Brown Jr.,
                                    Attorney General of the State of California

30635071.wpd
SA2009307218

**STIPULATION FOR EXTENSION OF TIME FOR DEF. BROWN**           **CASE NO: 2:08-cv-02064-JAM-KJM**
**TO RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT**