JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104
AMANADA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department); John McGinness,
Timothy Sheehan, Lou Blanas and
Fred Mason

# UNITED STATES DISTRICT COURT EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an indepenent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY,<br><br>    Defendants.<br>_____ | **CASE NO. 2:08-CV-02064-JAM-KJM**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY AND BETWEEN PLAINTIFFS AND DEFENDANTS COUNTY OF SACRAMENTO, JOHN McGINNESS, TIMOTHY SHEEHAN, LOU BLANAS, AND FRED MASON** |

PLAINTIFFS and DEFENDANTS COUNTY OF SACRAMENTO, JOHN McGINNESS, TIMOTHY SHEEHAN, LOU BLANAS and FRED MASON ("Sacramento County Defendants") hereby stipulate and agree as follows:

That Plaintiffs have granted to said Defendants an extension of time within which to

respond to Plaintiffs' complaint until **April 2, 2009**; and

The parties are in agreement to staying this current litigation until a decision is rendered by the Ninth Circuit Court of Appeals in the Case of:

> DAVID K. MEHL LOK T LAU, Plaintiffs,
> vs.
> LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records, Defendants,
> <u>USDC, Eastern District Case No.:</u>   CIV S-03 - 2682 MCE KJM
> **Appellate Case No. 08-15773**, Ninth Circuit Court of Appeals

IT IS SO STIPULATED:

DATED: January 20, 2009          LONGYEAR, O'DEA AND LAVRA, LLP

                                 /s/ Jeri L. Pappone
                             By: _____
                                 JOHN A. LAVRA
                                 JERI L. PAPPONE
                                 AMANDA L. BUTTS
                                 Attorneys for County of Sacramento,
                                 John McGinness, Timothy Sheehan,
                                 Lou Blanas, and Fred Mason

DATED:  January 20, 2009         LAW OFFICES OF GARY W. GORSKI

                                 /s/ Gary W. Gorski
                             By_____
                                 GARY W. GORSKI
                                 Counsel for Plaintiffs

APPROVED AND SO ORDERED:


DATED:_____          _____
                                 JUDGE, United States District Court
                                 Eastern District of California

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

PAGE: 2