JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104
AMANADA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department);
John McGinness, Timothy Sheehan,
Lou Blanas and Fred Mason

# UNITED STATES DISTRICT COURT  EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN, <br><br>Plaintiffs, <br><br>v. <br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an indepenent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY, <br><br>Defendants. | CASE NO. 2:08-CV-02064-JAM-KJM <br><br> DEFENDANTS' NOTICE OF RELATED CASE; and <br><br> REQUEST FOR REASSIGNMENT TO JUDGE MORRISON C. ENGLAND, JR. |

    The above-captioned lawsuit has been served upon the County of Sacramento, John McGinness, Timothy Sheehan, Lou Blanas and Fred Mason ("Sacramento County Defendants"). These Defendants know of a closely related case which alleges the same or similar causes of action on the same or highly similar facts against several common defendants by way of the case

entitled as follows, which is currently pending before the Honorable Morrison C. England, Jr. in this court:

> DAVID K. MEHL LOK T LAU, Plaintiffs,
> vs.
> LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records, Defendants
> <u>USDC, Eastern District Case No.:</u>   CIV S-03 - 2682 MCE KJM
>
> Appellate Case No. 08-15773, Ninth Circuit Court of Appeals.

Based upon the highly similar nature in fact, law and issues of the currently filed action with that of the previous above-entitled pending case, in addition to the same counsel appearing for both Plaintiffs and Sacramento County Defendants, Sacramento County Defendants hereby request reassignment of this matter to the Honorable Morrison C. England, Jr.

Respectfully requested,

DATED: January 20, 2009     LONGYEAR, O'DEA AND LAVRA, LLP

By:  /s/ Jeri L. Pappone
_____
JOHN A. LAVRA
JERI L. PAPPONE
AMANDA L. BUTTS
Attorneys for County of Sacramento, John McGinness, Timothy Sheehan, Lou Blanas and Fred Mason

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510