Case 2:08-cv-02064-JAM-KJM   Document 10-1   Filed 01/21/09   Page 1 of 3

**Record Locator: FBRFWB**

## Itinerary

| Carrier | Flight Number | Departing City | Departing Date & Time | Arriving City | Arriving Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 562 | SACRAMENTO | WED 01OCT 6:30 AM | DALLAS FT WORTH | 11:45 AM | N |
| | | Gary Gorski | FF#: A62K476 | Economy | Seat 23D | Food For Purchase |
| American Airlines | 348 | DALLAS FT WORTH | WED 01OCT 1:20 PM | PHILADELPHIA | 5:40 PM | N |
| | | Gary Gorski | FF#: A62K476 | Economy | Seat 24D | Food For Purchase |
| American Airlines | 1083 | PHILADELPHIA | TUE 07OCT 6:00 AM | DALLAS FT WORTH | 8:25 AM | N |
| | | Gary Gorski | FF#: A62K476 | Economy | Seat 18B | Food For Purchase |
| American Airlines | 1163 | DALLAS FT WORTH | TUE 07OCT 10:45 AM | SACRAMENTO | 12:20 PM | N |
| | | Gary Gorski | FF#: A62K476 | Economy | Seat 23D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| GARY GORSKI | 0012146737814 | 386.98 | 71.02 | 458.00 |

**GARY GORSKI - Additional Fare Collection** 1.80

| ADDITIONAL SERVICES | DATE | CURRENCY | AMOUNT |
|---|---|---|---|
| Ticket Change | 16 SEP 08 | USD | 100.00 |

**Payment Type:** Exchange, Visa XXXXXXXXXXXX0113

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon, or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.

[Conditions Of Carriage]   [Special Assistance]   [Flight Check-In]   [Flight Status Notification]



We know why you fly
**AmericanAirlines**
AA.com

**Record Locator: IIDRZT**

## Itinerary

| Carrier | Flight Number | Departing City | Departing Date & Time | Arriving City | Arriving Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 1096 | SACRAMENTO | WED 19NOV 8:30 AM | DALLAS FT WORTH | 1:55 PM | V |
| | | Gary Gorski | FF#: A62K476 | Economy | Seat 9E | Food For Purchase |
| American Airlines | 1086 | DALLAS FT WORTH | WED 19NOV 4:05 PM | PHILADELPHIA | 8:15 PM | V |
| | | Gary Gorski | FF#: A62K476 | Economy | | Food For Purchase |
| American Airlines | 1527 | PHILADELPHIA | MON 01DEC 4:25 PM | DALLAS FT WORTH | 7:30 PM | V |
| | | Gary Gorski | FF#: A62K476 | Economy | | Food For Purchase |
| American Airlines | 1951 | DALLAS FT WORTH | MON 01DEC 8:10 PM | SACRAMENTO | 10:05 PM | V |
| | | Gary Gorski | FF#: A62K476 | Economy | Seat 28D | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| GARY GORSKI | 0012147907316 | 572.09 | 84.91 | 657.00 |

**GARY GORSKI - Additional Fare Collection** 329.50

**Payment Type:** Exchange, Visa XXXXXXXXXXXX0113

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon, or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.





Case 2:08-cv-02064-JAM-KJM   Document 10-1   Filed 01/21/09   Page 3 of 3



**Record Locator: MGWHET**

### Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 2060 | SACRAMENTO | MON 22DEC 1:10 PM | DALLAS FT WORTH | 6:30 PM | G |
|  |  | Gary Gorski | FF#: A62K476 | Economy | Seat 25B | Food For Purchase |
| American Airlines | 1514 | DALLAS FT WORTH | MON 22DEC 9:10 PM | PHILADELPHIA | 1:05 AM | G |
|  |  | Gary Gorski | FF#: A62K476 | Economy | Seat 25D | Food For Purchase |
| American Airlines | 1527 | PHILADELPHIA | MON 05JAN 4:25 PM | DALLAS FT WORTH | 7:30 PM | G |
|  |  | Gary Gorski | FF#: A62K476 | Economy | Seat 17B | Food For Purchase |
| American Airlines | 1951 | DALLAS FT WORTH | MON 05JAN 8:10 PM | SACRAMENTO | 10:05 PM | G |
|  |  | Gary Gorski | FF#: A62K476 | Economy | Seat 18B | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| GARY GORSKI | 0012116109311 | 468.84 | 77.16 | 546.00 |

**Payment Type:** Visa XXXXXXXXXXXX0113         **Total: $546.00**

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon, or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.





This e-mail address is non-returnable and does not accommodate replies. If you have a customer service issue, please Contact AA.

NRID: 231733481560040400442810 0