Case 2:08-cv-02064-JAM-KJM   Document 10-2   Filed 01/21/09   Page 1 of 2

Customer Service | Su



| DELAWAREONLINE | WEATHER | ENTERTAINMENT | JOBS | CARS | HOMES | APARTMENTS | CLASSIFI

Search Delaware   All ▼  [            ]  Go



HOME > Obituaries

# Obituaries

**NEWS JOURNAL**
- Local
- Nation/World
- Business
- Sports
- Life
- Opinion
- Obituaries

**ENTERTAINMENT**
**TRAVEL**
**RSS FEEDS**
**E-NEWSLETTER**

**WILLIAM GORSKI**

William J. Gorski

"Pop-Pop"

Age 85, of Wilmington, DE, passed away peacefully at home surrounded by his family on Saturday, November 15, 2008.

A life long resident of Wilmington, DE, Bill was born May 12, 1923, the son of the late Alexander & Rose Gorski. He was a graduate of Wilmington High School and then served in the US Navy with Squadron VC-9 as an Aviation radioman first class, flying in torpedo bombers off aircraft carriers during WWII. He was awarded his first medal for his part in the sinking of a German submarine and taking of 20 German prisoners in the Atlantic. He was also awarded the Distinguished Flying Cross for extraordinary combat achievement while in aerial flight and five clusters for his first air medal for additional combat missions against the Japanese in Okinawa. He then received a gold star in lieu of his second air medal. He was finally presented with two presidential unit citations for his squadron's outstanding performance above and beyond the high standard expected in the Atlantic and Pacific areas. He retired as chief electronic technician from RCA Services Co. after 38 yrs. of service. He was a lifetime member of Polish-American Post #3257. Bill enjoyed his Lewes beach house, polka music, the frequent reunions with his VC-9 squadron that took him to naval stations all around the country, and most of all, his grandchildren. He attended every baseball, basketball, soccer game, and swim meet, science fair and honors assembly, his grandchildren had. He was the grandkids' biggest cheerleader.

Bill will be missed by Irene, his beloved wife of 57 years; his daughter, Karen Starr and husband, Joseph of Bear, DE, Gail Gorski of New Castle, DE and Lynn Czech and husband, John of New Castle, DE; his son, Gary Gorski of Fair Oaks, CA; grandchildren, Jeffrey Starr

Advertisement


Gorski of Fair Oaks, CA; grandchildren, Jeffrey Starr, Heather and Derik Gorski-Giordano and Stephanie, Christopher, Jason, Bryan and Justin Czech. He was preceded in death by his sister, Josephine and brothers, Albert, Stanley and Gregory.

Mass of Christian Burial will be offered on Saturday, November 22,, at 11 am, in St. Elizabeth Church, Cedar & So. Clayton Sts., with burial to follow in All Saints Cemetery. Visitation for family and friends will be on Saturday morning, after 9 am, at the John F. Yasik Funeral Home, 607 S. Harrison St.

In lieu of flowers, contributions may be sent to St. Elizabeth Church, 809 S. Broom St., Wilmington, DE 19805.

Arrangements by

JOHN F. YASIK

FUNERAL HOME

[published 11/18/2008]

New Search

Return to list

PRINTER-FRIENDLY FORMAT

Advertisement



**DELAWAREONLINE** | **WEATHER** | **ENTERTAINMENT** | **JOBS** | **CARS** | **HOMES** | **APARTMENTS** | **CLASSIFI**

Partners | Jobs: CareerBuilder.com | Cars: cars.com | Apartments: apartments.com | Shopping: ShopLocal.com

Copyright © 2008, The News Journal. Use of this site signifies your agreement to the Terms of Service and Privacy Polic