1  JOHN A. LAVRA, CSB No. 114533
   JERI L. PAPPONE, CSB No. 210104
2  AMANADA L. BUTTS, CSB No. 253651
   Longyear, O'Dea and Lavra, LLP
3  3620 American River Drive, Suite 230
   Sacramento, Ca. 95864
4  Telephone: (916) 974-8500
   Facsimile: (916) 974-8510
5

   Attorneys for County of Sacramento
6  (also erroneously sued herein as Sacramento
   County Sheriff's Department); John McGinness,
7  Timothy Sheehan, Lou Blanas and
   Fred Mason
8

9
                UNITED STATES DISTRICT COURT  EASTERN DISTRICT
10
                    OF CALIFORNIA SACRAMENTO DIVISION
11

12

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN, | **CASE NO. 2:08-CV-02064-JAM-KJM** |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY AND BETWEEN PLAINTIFFS AND DEFENDANTS COUNTY OF SACRAMENTO, JOHN McGINNESS, TIMOTHY SHEEHAN, LOU BLANAS, AND FRED MASON** |
| v. | |
| Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an indepenent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY, | |
| Defendants. | |

   PLAINTIFFS and DEFENDANTS COUNTY OF SACRAMENTO, JOHN McGINNESS, TIMOTHY SHEEHAN, LOU BLANAS and FRED MASON ("Sacramento County Defendants") hereby stipulate and agree as follows:

   That Plaintiffs have granted to said Defendants an extension of time within which to

---

respond to Plaintiffs' complaint until **April 2, 2009**; and

The parties are in agreement to staying this current litigation until a decision is rendered by the Ninth Circuit Court of Appeals in the Case of:

> DAVID K. MEHL LOK T LAU, Plaintiffs,
> vs.
> LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records, Defendants,
> USDC, Eastern District Case No.:   CIV S-03 - 2682 MCE KJM
> **Appellate Case No. 08-15773**, Ninth Circuit Court of Appeals

IT IS SO STIPULATED:

DATED: January 20, 2009        LONGYEAR, O'DEA AND LAVRA, LLP

                               /s/ Jeri L. Pappone
                       By: _____
                               JOHN A. LAVRA
                               JERI L. PAPPONE
                               AMANDA L. BUTTS
                               Attorneys for County of Sacramento,
                               John McGinness, Timothy Sheehan,
                               Lou Blanas, and Fred Mason

DATED:  January 20, 2009       LAW OFFICES OF GARY W. GORSKI

                               /s/ Gary W. Gorski
                       By_____
                               GARY W. GORSKI
                               Counsel for Plaintiffs

APPROVED AND SO ORDERED:


DATED: January 21, 2009        /s/ John A. Mendez
                               JOHN A. MENDEZ
                               JUDGE, United States District Court
                               Eastern District of California

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

PAGE: 2