1  JOHN A. LAVRA, CSB No. 114533
   JERI L. PAPPONE, CSB No. 210104
2  AMANADA L. BUTTS, CSB No. 253651
   Longyear, O'Dea and Lavra, LLP
3  3620 American River Drive, Suite 230
   Sacramento, Ca. 95864
4  Telephone: (916) 974-8500
   Facsimile: (916) 974-8510
5

   Attorneys for County of Sacramento
6  (also erroneously sued herein as Sacramento
   County Sheriff's Department); John McGinness,
7  Timothy Sheehan, Lou Blanas and
   Fred Mason
8

9
              UNITED STATES DISTRICT COURT  EASTERN DISTRICT
10
                    OF CALIFORNIA SACRAMENTO DIVISION
11

12
   JAMES ROTHERY, Esq.; ANDREA              )   CASE NO. 2:08-CV-02064-JAM-KJM
13 HOFFMAN,                                 )
                                            )
14      Plaintiffs,                         )   STIPULATION TO EXTEND TIME
                                            )   TO RESPOND TO COMPLAINT
15 v.                                       )   BY AND BETWEEN PLAINTIFFS
                                            )   AND DEFENDANTS COUNTY OF
16 Former Sheriff LOU BLANAS; SHERIFF       )   SACRAMENTO, JOHN McGINNESS,
   JOHN McGINNESS; Detective TIM            )   TIMOTHY SHEEHAN, LOU
17 SHEEHAN; Detective FRED MASON;           )   BLANAS, AND FRED MASON
   SACRAMENTO COUNTY SHERIFF'S              )
18 DEPARTMENT, an indepenent branch of      )
   government of the COUNTY OF              )
19 SACRAMENTO; COUNTY OF                    )
   SACRAMENTO; STATE OF CALIFORNIA          )
20 ATTORNEY GENERAL JERRY BROWN;            )
   DOES 1 through 25, unknown co-conspirators; )
21 ATTORNEY GENERAL MICHAEL B.              )
   MUKASEY,                                 )
22                                          )
        Defendants.                         )
23 _____  )

24
        PLAINTIFFS and DEFENDANTS COUNTY OF SACRAMENTO, JOHN
25
   McGINNESS, TIMOTHY SHEEHAN, LOU BLANAS and FRED MASON ("Sacramento
26
   County Defendants") hereby stipulate and agree as follows:
27
        That Plaintiffs have granted to said Defendants an extension of time within which to
28

---

1 | respond to Plaintiffs' complaint until **April 2, 2009**; and

2 | The parties are in agreement to staying this current litigation until a decision is rendered

3 | by the Ninth Circuit Court of Appeals in the Case of:

DAVID K. MEHL LOK T LAU, Plaintiffs,
vs.
LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records, Defendants,
USDC, Eastern District Case No.:     CIV S-03 - 2682 MCE KJM
**Appellate Case No. 08-15773**, Ninth Circuit Court of Appeals

IT IS SO STIPULATED:

DATED: January 20, 2009            LONGYEAR, O'DEA AND LAVRA, LLP

                                   /s/ Jeri L. Pappone
                               By: _____
                                   JOHN A. LAVRA
                                   JERI L. PAPPONE
                                   AMANDA L. BUTTS
                                   Attorneys for County of Sacramento,
                                   John McGinness, Timothy Sheehan,
                                   Lou Blanas, and Fred Mason

DATED:  January 20, 2009           LAW OFFICES OF GARY W. GORSKI

                                   /s/ Gary W. Gorski
                               By_____
                                   GARY W. GORSKI
                                   Counsel for Plaintiffs

APPROVED AND SO ORDERED:

DATED: January 21, 2009            /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   JUDGE, United States District Court
                                   Eastern District of California

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

PAGE: 2