EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
DOUGLAS J. WOODS
Supervising Deputy Attorney General
GEOFFREY L. GRAYBILL, State Bar No. 53643
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5465
 Fax: (916) 324-8835
 Email: Geoffrey.Graybill@doj.ca.gov
Attorneys for Defendant Edmund G. Brown Jr.,
Attorney General of the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ROTHERY, Esq.; ANDREA HOFFMAN,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**Former Sheriff LOU BLANAS; SHERIFF JOHN MCGINNIS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY,**<br><br>　　　　　　　　　　　　Defendants. | CASE NO: 2:08-cv-02064-JAM-KJM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY AND BETWEEN PLAINTIFFS AND DEFENDANT EDMUND G. BROWN, JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA** |

Plaintiffs and Defendant Edmund G. Brown, Jr., Attorney General of the State of California hereby stipulate and agree as follows:

That Plaintiffs agree to supplement the stipulation pursuant to Local Rule 6-144(a) filed January 16, 2009 extending the time for filing a responsive pleading by said Defendant to and including February 20, 2009 by extending time to respond to Plaintiff's complaint to and

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT     CASE NO: 2:08-cv-02064-JAM-KJM
BY AND BETWEEN PLAINTIFFS AND DEFENDANT BROWN; ORDER

1

including April 2, 2009 which corresponds to the date on which the responsive pleadings of defendants County of Sacramento, John McGinness, Timothy Sheehan, Lou Blanas and Fred Mason are due ; and

The parties are in agreement with the Court's order entered January 21, 2009, staying this current litigation until a decision is rendered by the Ninth Circuit Court of Appeals in the Case of:

DAVID K. MEHL LOK T LAU, Plaintiffs,

vs.

LOU BLANAS, individually and in his official capacity as SHERIFF OF COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER, Attorney General, State of California; RANDI ROSSI, State Firearms Director and Custodian of Records, Defendants,

<u>USDC, Eastern District Case No.:</u>   <u>CIV S-03 - 2682 MCE KJM</u>
Appellate Case No. 08-15773, Ninth Circuit Court of Appeals

**IT IS SO STIPULATED**.

Dated: February 6, 2009               LAW OFFICES OF GARY W. GORSKI


                                      By: /S/ Gary W. Gorski (as authorized on 2/6/09)
                                          Gary W. Gorski, Attorney for Plaintiffs
                                          James Rothery, Esq. and Andrea Hoffman

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT     CASE NO: 2:08-cv-02064-JAM-KJM**
**BY AND BETWEEN PLAINTIFFS AND DEFENDANT BROWN; ORDER**

2

1 | Dated: February 6, 2009

EDMUND G. BROWN JR.
Attorney General of the State of California

CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General

DOUGLAS J. WOODS
Supervising Deputy Attorney General

/S/ Geoffrey L. Graybill

GEOFFREY L. GRAYBILL
Deputy Attorney General
Attorneys for Defendant Edmund G. Brown Jr.,
Attorney General of the State of California

**IT IS SO ORDERED.**

DATED: 2/6/2009

/s/ John A. Mendez
JUDGE, United States District Court
Eastern District of California

08cv2064.o.26.wpd
SA2009307218

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT     CASE NO: 2:08-cv-02064-JAM-KJM**
**BY AND BETWEEN PLAINTIFFS AND DEFENDANT BROWN; ORDER**

3