1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
3 | DOUGLAS J. WOODS
Supervising Deputy Attorney General
4 | GEOFFREY L. GRAYBILL, State Bar No. 53643
Deputy Attorney General
5 | 1300 I Street, Suite 125
P.O. Box 944255
6 | Sacramento, CA 94244-2550
Telephone: (916) 324-5465
7 | Fax: (916) 324-8835
Email: Geoffrey.Graybill@doj.ca.gov
8 | Attorneys for Defendant Edmund G. Brown Jr.,
Attorney General of the State of California
9 |

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE EASTERN DISTRICT OF CALIFORNIA

12 |

13 | **JAMES ROTHERY, Esq.; ANDREA HOFFMAN,**

14 |                                              Plaintiffs,

15 |                    v.

16 | **Former Sheriff LOU BLANAS; SHERIFF JOHN MCGINNIS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY,**

22 |                                            Defendants.

CASE NO: 2:08-cv-02064-JAM-KJM

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY AND BETWEEN PLAINTIFFS AND DEFENDANT EDMUND G. BROWN, JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA**

24 | Plaintiffs and Defendant Edmund G. Brown, Jr., Attorney General of the State of

25 | California  hereby stipulate and agree as follows:

26 | That Plaintiffs agree to supplement the stipulation pursuant to Local Rule 6-144(a)

27 | filed January 16, 2009 extending the time for filing a responsive pleading by said Defendant to

28 | and including February 20, 2009 by extending time to respond to Plaintiff's complaint to and

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT     CASE NO: 2:08-cv-02064-JAM-KJM**
**BY AND BETWEEN PLAINTIFFS AND DEFENDANT BROWN; ORDER**

1

1   including April 2, 2009 which corresponds to the date on which the responsive pleadings of

2   defendants County of Sacramento, John McGinness, Timothy Sheehan, Lou Blanas and Fred

3   Mason are due ; and

4           The parties are in agreement with the Court's order entered January 21, 2009, staying

5   this current litigation until a decision is rendered by the Ninth Circuit Court of Appeals in the

6   Case of:

7           DAVID K. MEHL LOK T LAU, Plaintiffs,

8               vs.

9           LOU BLANAS, individually and in his official capacity as SHERIFF OF
            COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, SHERIFF'S
10          DEPARTMENT; COUNTY OF SACRAMENTO; BILL LOCKYER, Attorney
            General, State of California; RANDI ROSSI, State Firearms Director and
11          Custodian of Records, Defendants,

12          USDC, Eastern District Case No.:    CIV S-03 - 2682 MCE KJM
            Appellate Case No. 08-15773, Ninth Circuit Court of Appeals

13          **IT IS SO STIPULATED**.

14   Dated:  February 6, 2009              LAW OFFICES OF GARY W. GORSKI

15

16

17                              By:  /S/ Gary W. Gorski (as authorized on 2/6/09)
                                     Gary W. Gorski, Attorney for Plaintiffs
18                                   James Rothery, Esq. and Andrea Hoffman

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT     CASE NO:  2:08-cv-02064-JAM-KJM**
**BY AND BETWEEN PLAINTIFFS AND DEFENDANT BROWN; ORDER**

1    Dated:  February 6, 2009

2                                           EDMUND G. BROWN JR.
                                            Attorney General of the State of California

3                                           CHRISTOPHER E. KRUEGER
                                            Senior Assistant Attorney General

4                                           DOUGLAS J. WOODS
                                            Supervising Deputy Attorney General

5

6                                           /S/ Geoffrey L. Graybill

7                                           GEOFFREY L. GRAYBILL
                                            Deputy Attorney General

8                                           Attorneys for Defendant Edmund G. Brown Jr.,
                                            Attorney General of the State of California

9

10          **IT IS SO ORDERED.**

11          DATED: 2/6/2009

12                                          /s/ John A. Mendez
                                            JUDGE, United States District Court
13                                          Eastern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     08cv2064.o.26.wpd
28   SA2009307218

     **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT      CASE NO:  2:08-cv-02064-JAM-KJM**
     **BY AND BETWEEN PLAINTIFFS AND DEFENDANT BROWN; ORDER**
                                             3