JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104
AMANADA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department); Lou Blanas,
John McGinness, Timothy Sheehan, and
Fred Mason

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN, <br><br>　　　Plaintiffs, <br><br>v. <br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY, <br><br>　　　Defendants. | CASE NO. 2:08-CV-02064-JAM-KJM <br><br>Date:  May 6, 2009 <br>Time:  9:00 a.m. <br>Ctrm:  6 <br>Judge: Honorable John A. Mendez <br><br>**COUNTY DEFENDANTS' NOTICE OF MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]; MOTION TO STRIKE [FRCP 12(f)]; AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]** |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on May 6, 2009 at 9:00 a.m., in Courtroom 6 of the above-entitled Court, located at 501 I Street, Sacramento, California, Defendants COUNTY OF SACRAMENTO (also erroneously sued herein as Sacramento County Sheriff's Department), former SHERIFF LOU BLANAS, SHERIFF JOHN McGINNESS, Detective FRED MASON

and Detective TIM SHEEHAN, will move this Court for judgment in their favor, and dismissal of this complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(e), 12(f) and 12(b)(6) on the grounds, *inter alia*, Plaintiffs have failed to state a claim against the County of Sacramento Defendants upon which relief can be granted.

This motion is based upon this notice and motion, the memorandum of points and authorities filed in support thereof, the request for judicial notice, the pleadings on file herein and any oral or other evidence which may be introduced at the time of the hearing on this motion.

DATED:  April 2, 2009                    LONGYEAR, O'DEA AND LAVRA, LLP

                                         */s/ Jeri L. Pappone*
                                    By:  _____
                                         JOHN A. LAVRA
                                         JERI L. PAPPONE
                                         AMANDA L. BUTTS
                                         Attorneys for County of Sacramento,
                                         Lou Blanas, John McGinness, Timothy
                                         Sheehan, and Fred Mason