JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104
AMANADA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department); Lou Blanas,
John McGinness, Timothy Sheehan, and
Fred Mason

**UNITED STATES DISTRICT COURT EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY,<br><br>　　　　Defendants. | **CASE NO. 2:08-CV-02064-JAM-KJM**<br><br><br>**PROOF OF SERVICE** |

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 3620 American River Drive, Suite 230, Sacramento, Ca. 95864.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and

PAGE: 1

deposited in a United States mailbox after the close of each day's business.

On April 2, 2009, I served the following:

**1.    County Defendants' Notice of Motion for More Definite Statement [Frcp 12(e)]; Motion to Strike [Frcp 12(f)]; and Motion to Dismiss for Failure to State a Claim [Frcp 12(b)(6)]**

**2.    Memorandum of Points & Authorities in Support of Motions for More Definite Statement; Motion to Strike & Motion to Dismiss**

**3.    County Defendants' Request for Judicial Notice in Support of Motion to Dismiss**

**XX    Electronic Mail** - on all parties in said action by causing a true copy of the above-described document(s) to be electronically mailed to the electronic mail address of the parties as set forth below.

| | |
|---|---|
| Jerry Brown<br>State of CA Attorney General<br>1300 I Street<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>geoffrey.graybill@doj.ca.gov | **Gary William Gorski**<br>Law Offices of Gary W. Gorski<br>8549 Nephi Way<br>Fair Oaks, CA 95628<br>usrugby@pacbell.net |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 2, 2009, at Sacramento, California.

            __/s/ Lorie Dawn Wharton _____
            LORIE DAWN WHARTON

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510