EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
DOUGLAS J. WOODS, State Bar No. 161531
Supervising Deputy Attorney General
GEOFFREY GRAYBILL, State Bar No. 53643
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5465
 Fax: (916) 324-8835
 E-mail: Geoffrey.Graybill@doj.ca.gov
*Attorneys for Defendant Edmund G. Brown Jr.,
Attorney General for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ROTHERY, Esq.; ANDREA HOFFMAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**Former Sheriff LOU BLANAS; SHERIFF JOHN MCGINNIS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY,**<br><br>Defendants. | Case No: 2:08-cv-02064-JAM-KJM<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT ATTORNEY GENERAL EDMUND G. BROWN JR. [Fed. R. Civ. P. 12(b)(1) & 12(b)(6) F**<br><br>Date: May 6, 2009<br>Time: 9:00 a.m.<br>Ctrm: 6<br>Judge: The Honorable John A. Mendez<br>Action Filed:   September 3, 2008 |

/ / /

/ / /

/ / /

/ / /

1

NOTICE OF MOTION AND MOTION BY EDMUND G. BROWN JR.           (2:08-cv-02064-JAM-KJM)

1  TO PLAINTIFFS James Rothery and Andrea Hoffman, and to their attorneys of record:

2  PLEASE TAKE NOTICE that on May 6, 2009 at 9:00 a.m., or as soon thereafter as the matter may be heard by in the Courtroom of the Honorable John A. Mendez, Judge, United States District Court for the Eastern District of California, defendant Edmund G. Brown Jr., Attorney General of California, in his official capacity, will move pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for an order dismissing this matter in its entirety as to the Attorney General without leave to amend and with prejudice.

The Attorney General Brown moves to dismiss the complaint and each cause of action therein alleged against him on the ground that each fails to state a claim upon which relief may be granted against him.  Fed. R. Civ. P. 12(b)(6)

The Attorney General also moves to dismiss the complaint on the grounds that this Court lacks jurisdiction over the subject matter because plaintiffs and each of them lack standing to bring their claims against the Attorney General and because the action and each claim stated therein is barred by Eleventh Amendment immunity.  Fed. R. Civ. P. 12(b)(1)

This motion is based upon this notice of motion and motion, the memorandum of points and authorities, such oral argument as the Court may request, and the complete files and records of this case.

Dated:  April 2, 2009                    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DOUGLAS J. WOODS
Supervising Deputy Attorney General

/s/  *Geoffrey Graybill*

GEOFFREY GRAYBILL
Deputy Attorney General
*Attorneys for Defendant Edmund G. Brown Jr., Attorney General for the State of California*

SA2009307218
30702297.doc