1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  DOUGLAS J. WOODS, State Bar No. 161531
   Supervising Deputy Attorney General
3  GEOFFREY GRAYBILL, State Bar No. 53643
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 324-5465
6    Fax: (916) 324-8835
     E-mail: Geoffrey.Graybill@doj.ca.gov
7  *Attorneys for Defendant Edmund G. Brown Jr.,
   Attorney General for the State of California*
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **JAMES ROTHERY, Esq.; ANDREA HOFFMAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**Former Sheriff LOU BLANAS; SHERIFF JOHN MCGINNIS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY,**<br><br>Defendants. | Case No: 2:08-cv-02064-JAM-KJM<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date: May 6, 2009<br>Time: 9:00 a.m.<br>Ctrm: 6<br>Judge: The Honorable John A. Mendez<br>Action Filed: September 3, 2008 |

25     Defendant Edmund G. Brown Jr., Attorney General for the State of California, by and

26  through his attorney, hereby requests the Court to take Judicial notice pursuant to Federal Rule of

27  Evidence 201 of the following:

28  / / /

1

REQUEST FOR JUDICIAL NOTICE                                          (2:08-cv-02064-JAM-KJM)

1. The California Department of Justice Standard Application For License To Carry A Concealed Weapon (CCW), a copy of which is attached hereto as Exhibit A.

Dated:  April 2, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DOUGLAS J. WOODS
Supervising Deputy Attorney General

/s/ *Geoffrey Graybill*

GEOFFREY GRAYBILL
Deputy Attorney General
*Attorneys for Defendant Edmund G. Brown Jr., Attorney General for the State of California*

SA2009307218