JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104
AMANADA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department); Lou Blanas,
John McGinness, Timothy Sheehan, and
Fred Mason

# UNITED STATES DISTRICT COURT  EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN, <br><br> Plaintiffs, <br><br> v. <br><br> Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY, <br><br> Defendants. <br> _____ | CASE NO. 2:08-CV-02064-JAM-KJM <br><br> Date:  May 6, 2009 <br> Time:  9:00 a.m. <br> Ctrm: 6 <br> Judge: Honorable John A. Mendez <br><br> COUNTY DEFENDANTS' *NOTICE OF JOINDER* IN STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN'S MOTION TO DISMISS |

COUNTY DEFENDANTS, hereby join in the motion to dismiss by Defendant BROWN, and incorporate, as though set forth in full therein, the Memorandum of Points and Authorities and Request for Judicial Notice by Defendant BROWN, into COUNTY DEFENDANTS' Motion to Dismiss as the content and law thereof is applicable to COUNTY DEFENDANTS.

| | |
|---|---|
| DATED:  April 3, 2009 | LONGYEAR, O'DEA AND LAVRA, LLP |
| | */s/ Jeri L. Pappone* |
| | By: _____ |
| | JOHN A. LAVRA |
| | JERI L. PAPPONE |
| | AMANDA L. BUTTS |
| | Attorneys for County of Sacramento, Lou Blanas, John McGinness, Timothy Sheehan, and Fred Mason |

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

# PROOF OF SERVICE

**CASE NAME:** ROTHERY, ET AL. v. BLANAS, ET AL.
**CASE NO.:** 2:08-CV-02064-JAM-KJM

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 3620 American River Drive, Suite 230, Sacramento, CA 95864.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On April 3, 2009, I served the following:

**County Defendants' Notice of Joinder in State of California Attorney General Brown's Motion to Dismiss**

**XX**     **Electronic Mail - on all parties in said action by causing a true copy of the above-described document(s) to be electronically mailed to the electronic mail address of the parties as set forth below.**

Law Offices of Gary W. Gorski
8459 Nephi Way
Fair Oaks, Ca  95628

Law Office of Daniel M. Karalash
1207 Front Street, Suite 15
Sacramento, Ca  95814

 X     FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 3, 2009, at Sacramento, California.

                                   ____/s/ Lorie Dawn Wharton_____
                                    Lorie Dawn Wharton