JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104
AMANADA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department); Lou Blanas,
John McGinness, Timothy Sheehan, and
Fred Mason

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY,<br><br>    Defendants.<br>_____ | CASE NO. 2:08-CV-02064-JAM-KJM<br><br>Date:  May 6, 2009<br>Time:  9:00 a.m.<br>Ctrm:  6<br>Judge: Honorable John A. Mendez<br><br>**COUNTY DEFENDANTS'** ***REPLY*** **REGARDING MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]; MOTION TO STRIKE [FRCP 12(f)]; AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]** |

SACRAMENTO COUNTY DEFENDANTS submit this Reply in connection with their above-described motions set for hearing on May 6, 2009.

Plaintiffs have not filed or served any opposition to County Defendants' motions, and such opposition, if any, or a statement of non-opposition, was due to be filed and served on or

**County Defendants' Reply Regarding Motion for More Definite Statement [FRCP 12(e)]; Motion to Strike [FRCP 12(f)]; and Motion to Dismiss for Failure to State a Claim [FRCP 12(b)(6)]**

**Page 1**

before April 20, 2009.

It has been shown in the moving papers that the pleading on its face fails to create plausible claims to which Plaintiffs would be entitled to recovery, and amendment could not create any entitlement to relief by these Plaintiffs. See <u>Johnson v. Riverside Healthcare System, LP</u>, 534 F. 3d 1116, 1122 (9th Cir. 2008)(A Rule 12(b)(6) dismissal may be based on either a "lack of a cognizable legal theory" or "the absence of sufficient facts alleged under a cognizable legal theory." (citation omitted) In other words, [plaintiff's] complaint must provide a "short and plain statement of the claim showing that [he] is entitled to relief."); <u>Tamayo v. Blagojevich</u>, 526 F.3d 1074, 1083-85 (7th Cir. 2008)([Plaintiff must] show that it is plausible, rather than merely speculative, that he is entitled to relief." (citations omitted)).

Therefore, based upon the moving papers and supporting documentation filed by County Defendants, it is respectfully requested that the court dismiss Plaintiffs' complaint *without leave to amend* as no cognizable claims can be made by these Plaintiffs against the County Defendants.

DATED:  April 29, 2009        LONGYEAR, O'DEA AND LAVRA, LLP

By: */s/ Jeri L. Pappone*
_____
JOHN A. LAVRA
JERI L. PAPPONE
AMANDA L. BUTTS
Attorneys for County of Sacramento,
Lou Blanas, John McGinness, Timothy
Sheehan, and Fred Mason

**County Defendants' Reply Regarding Motion for More Definite Statement [FRCP 12(e)]; Motion to Strike [FRCP 12(f)]; and Motion to Dismiss for Failure to State a Claim [FRCP 12(b)(6)]**

**Page 2**

# PROOF OF SERVICE

**CASE NAME:** ROTHERY, ET AL. v. BLANAS, ET AL.
**CASE NO.:** 2:08-CV-02064-JAM-KJM

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 3620 American River Drive, Suite 230, Sacramento, CA 95864.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On April 29, 2009, I served the following:

**COUNTY DEFENDANTS' REPLY REGARDING MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(E)]; MOTION TO STRIKE [FRCP 12(F)]; AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [FRCP 12(B)(6)]**

**XX**  **Electronic Mail** - on all parties in said action by causing a true copy of the above-described document(s) to be electronically mailed to the electronic mail address of the parties as set forth below.

| | |
|---|---|
| Law Offices of Gary W. Gorski<br>8459 Nephi Way<br>Fair Oaks, Ca 95628 | Law Office of Daniel M. Karalash<br>1207 Front Street, Suite 15<br>Sacramento, Ca 95814 |

  X   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 3, 2009, at Sacramento, California.

　　　　　　　　　　　　　　　　　____/s/ Lorie Dawn Wharton_____
　　　　　　　　　　　　　　　　　Lorie Dawn Wharton

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

County Defendants' Reply Regarding Motion for More Definite Statement [FRCP 12(e)]; Motion to Strike [FRCP 12(f)]; and Motion to Dismiss for Failure to State a Claim [FRCP 12(b)(6)]

Page 3