**LAW OFFICES**
OF
**GARY W. GORSKI**
8459 NEPHI WAY
FAIR OAKS, CA 95628
(916) 965-6800
(916) 965-6801 FAX

**LAW OFFICE OF DANIEL M KARALASH**
TELEPHONE: (916) 787-1234
FACSIMILE: (916) 787-0267
DMKARALASH@SUREWEST.NET

GARY W. GORSKI
SBN: 166526
DANIEL M. KARALASH
SBN 176422
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-ooOoo-

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN MCGINNIS; Detective TIM SHEEHAN; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 225, unknown co-conspirators<br><br>Defendants. | CASE NO.: 2:08-cv-02064-JAM-KJM<br><br>**NOTICE THAT A FIRST AMENDED COMPLAINT WILL BE FILED PRIOR TO THE HEARING OF MAY 6, 2006** |

**PLEASE TAKE NOTICE THAT** Plaintiffs will be filing a First Amended Complaint this date, of May 1, 2009, which will make the minute order of May 1, 2009, docket number 22, and the hearing of May 6, 2009 moot.

DATED:    September 2, 2008    LAW OFFICES OF GARY GORSKI

By /s/ Gary W. Gorski
Gary Gorski
Attorney for Plaintiffs

1