JOHN A. LAVRA, CSB No.  114533
JERI L. PAPPONE, CSB No. 210104
AMANADA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department); Lou Blanas,
John McGinness, Timothy Sheehan

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN, <br><br> Plaintiffs, <br><br> v. <br><br> Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators, <br><br> Defendants. | **CASE NO. 2:08-CV-02064-JAM-KJM** <br><br> **EX PARTE APPLICATION OF DEFENDANT FOR AN ORDER PERMITTING PAGES EXCEEDING LIMITATIONS FOR MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF: MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]; MOTION TO STRIKE [FRCP 12(f)]; AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]** <br><br> **[PROPOSED] ORDER** |

        DEFENDANTS former SHERIFF LOU BLANAS, SHERIFF JOHN McGINNESS, TIM

SHEEHAN, and COUNTY OF SACRAMENTO (also erroneously sued herein as Sacramento

County Sheriff's Department), collectively, "COUNTY DEFENDANTS", hereby apply for an

order granting permission to exceed the 25 page limit for their Motion for a More Definite

Statement, Motion to Strike, and Motion to Dismiss for Failure to State a Claim, prescribed by

the Court's Scheduling Order, dated March 24, 2009.

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

1      Per the Court's Scheduling Order, there is a 25 page limit on all memoranda of law in

2  support of motions.  Defendants require more than the allowed number of pages in order to

3  properly and adequately address and support its motions.

4      Plaintiffs have submitted a 72 page amended complaint containing seven causes of

5  action.  In order to sufficiently address the 808 paragraphs in the complaint, Defendants

6  anticipate the final Memorandum of Points and Authorities will not exceed 30 pages.

7      Therefore, Defendants respectfully request permission to file a Memorandum of Points

8  and Authorities not to exceed 30 pages in support of their Motion for a More Definite Statement,

9  Motion to Strike, and Motion to Dismiss for Failure to State a Claim.

10

11  DATED:        May 6, 2009          LONGYEAR, O'DEA AND LAVRA, LLP

12                                          */s/ Amanda L. Butts*
                                     By:  _____
13                                        JOHN A. LAVRA
                                          JERI L. PAPPONE
14                                        AMANDA L. BUTTS
                                          Attorneys for County of Sacramento,
15                                        Lou Blanas, John McGinness, Timothy
                                          Sheehan, and Fred Mason
16

17
    **IT IS SO ORDERED:**
18

19
    Dated: _____          _____
20                                HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510