IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN,<br><br>        Plaintiffs,<br><br>  v.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN MCGINNISS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY<br><br>        Defendants.<br>_____/ | Case No. 2:08-cv-02064-JAM-KJM<br><br><u>ORDER GRANTING DEFENDANTS' REQUEST FOR PAGE LIMIT EXTENSION</u> |

    Defendants former Sheriff Lou Blanas, Sheriff John McGinness, Detective Tim Sheehan, and County of Sacramento (collectively "County Defendants") hereby are granted permission

to file a Memorandum of Point and Authorities not to exceed 30 pages in support of their Motion for a More Definite Statement, Motion to Strike, and Motion to Dismiss for Failure to State a Claim.  This Order hereby grants permission to County Defendants to exceed the 25 page limit, prescribed by the Court's Scheduling Order, dated March 24, 2009.

    IT IS SO ORDERED.

Dated: May 8, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE