1  JOHN A. LAVRA, CSB No. 114533
   JERI L. PAPPONE, CSB No. 210104
2  AMANADA L. BUTTS, CSB No. 253651
   Longyear, O'Dea and Lavra, LLP
3  3620 American River Drive, Suite 230
   Sacramento, Ca. 95864
4  Telephone: (916) 974-8500
   Facsimile: (916) 974-8510
5
   Attorneys for County of Sacramento
6  (also erroneously sued herein as Sacramento
   County Sheriff's Department); Lou Blanas,
7  John McGinness, Timothy Sheehan

8

9  **UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

10  **OF CALIFORNIA SACRAMENTO DIVISION**

11

| | |
|---|---|
| 12  JAMES ROTHERY, Esq.; ANDREA HOFFMAN, | CASE NO. 2:08-CV-02064-JAM-KJM |
| 13        Plaintiffs, | Date:  July 1, 2009<br>Time:  9:00 a.m.<br>Ctrm:  6 |
| 14  v. | Judge: Honorable John A. Mendez |
| 15  Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY, | **COUNTY DEFENDANTS' NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)];**<br>**MOTION TO STRIKE [FRCP 12(f)];**<br>**MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]** |
| 21        Defendants. | |

23    TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

24    PLEASE TAKE NOTICE THAT on July 1, 2009 at 9:00 a.m., in Courtroom 6 of the

25  above-entitled Court, located at 501 I Street, Sacramento, California, Defendants COUNTY OF

26  SACRAMENTO (also erroneously sued herein as Sacramento County Sheriff's Department),

27  former SHERIFF LOU BLANAS, SHERIFF JOHN McGINNESS, and Detective TIM

28  SHEEHAN, will move this Court for judgment in their favor, and dismissal of this complaint

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

1  with prejudice, pursuant to Federal Rule of Civil Procedure 12(e), 12(f) and 12(b)(6) on the
2  grounds, *inter alia*, Plaintiffs have failed to state a claim against the County of Sacramento
3  Defendants upon which relief can be granted.
4      This motion is based upon this notice and motion, the memorandum of points and
5  authorities filed in support thereof, the request for judicial notice, the pleadings on file herein
6  and any oral or other evidence which may be introduced at the time of the hearing on this
7  motion.

9  DATED:  May 11, 2009        LONGYEAR, O'DEA AND LAVRA, LLP

                                  */s/ Jeri L. Pappone*
By:  _____
JOHN A. LAVRA
JERI L. PAPPONE
AMANDA L. BUTTS
Attorneys for County of Sacramento,
Lou Blanas, John McGinness, and
Timothy Sheehan

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510