IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ROTHERY, Esq.; ANDREA HOFFMAN,

      Plaintiffs,

    v.

Former Sheriff LOU BLANAS;
SHERIFF JOHN MCGINNISS;
Detective TIM SHEEHAN;
Detective FRED MASON;
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, an independent
branch of government of the
COUNTY OF SACRAMENTO; COUNTY OF
SACRAMENTO; STATE OF CALIFORNIA
ATTORNEY GENERAL JERRY BROWN;
DOES 1 through 25, unknown co-
conspirators; ATTORNEY GENERAL
MICHAEL B. MUKASEY

      Defendants.
_____/

Case No. 2:08-cv-02064-JAM-KJM

Minute Order

    Because Plaintiffs James Rothery and Andrea Hoffman have

filed an Amended Complaint (Docket # 24), Defendants County of

Sacramento, former Sheriff Lou Blanas, Sheriff John McGinnis,

1

Detective Tim Sheehan and Detective Fred Mason's Rule 12 Motions to Dismiss, to Strike, and for a More Definite Statement (Docket # 17) are moot.  For the same reason, Defendant Attorney General Jerry Brown's Motion to Dismiss (Docket # 18) is moot.

Under Federal Rule of Civil Procedure 15(a), "a party may amend its pleading once as a matter of course at any time before a responsive pleading is served."  Fed.R.Civ.P. 15(a).  "A motion to dismiss is not a 'responsive pleading' within the meaning of the Rule."  Doe v. United States, 58 F.3d 494, 496-97 (9th Cir. 1986).

Here, while Defendants have filed Motions to Dismiss, a Motion to Strike, and a Motion for a More Definite Statement, no party has filed a "responsive pleading" pursuant to Rule 15(a).  Thus, Plaintiffs may amend their Complaint as a matter of course.  Accordingly, the Court treats Plaintiffs' Amended Complaint filed on May 1, 2009 (Doc. # 24) as the operative Complaint for the case.  In light of Plaintiffs' Amended Complaint, the Court DENIES Defendants' Motions to Dismiss, Motion to Strike, and Motion for a More Definite Statement as moot.

IT IS SO ORDERED.

Dated: May 11, 2009

_____

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE