```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  DAVID K. MEHL, et al.,        No. 2:03-cv-02682-MCE-KJM
12        Plaintiffs,
13     v.                         NON RELATED CASE ORDER
14  LOUIE BLANAS, et al.,
15        Defendants.
    _____/
16
    JAMES ROTHERY, et al.,        No. 2:08-cv-02064-JAM-KJM
17
          Plaintiffs,
18
       v.
19
    COUNTY OF SACRAMENTO, et al.,
20
          Defendants.
21  _____/
22  DEANNA SYKES, et al.,         No. 2:09-cv-01235-MCE-KJM
23        Plaintiffs,
24     v.
25  JOHN McGINNESS, et al.,
26        Defendants.
    _____/
27
28  ///
```

1

1 | The Court has received the Notice of Related Cases
2 | concerning the above-captioned cases filed May 5, 2009.  See
3 | Local Rule 83-123, E.D. Cal. (1997).  The Court has determined,
4 | however, that it is inappropriate to relate or reassign the
5 | cases, and therefore declines to do so.  This Order is issued for
6 | informational purposes only, and shall have no effect on the
7 | status of the cases, including any previous Related (or Non-
8 | Related) Case Order of this Court.
9 | IT IS SO ORDERED.

Dated: May 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE