UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID K. MEHL, et al.,   No. 2:03-cv-02682-MCE-KJM

    Plaintiffs,

  v.   **NON RELATED CASE ORDER**

LOUIE BLANAS, et al.,

    Defendants.
_____/

JAMES ROTHERY, et al.,   No. 2:08-cv-02064-JAM-KJM

    Plaintiffs,

  v.

COUNTY OF SACRAMENTO, et al.,

    Defendants.
_____/

DEANNA SYKES, et al.,   No. 2:09-cv-01235-MCE-KJM

    Plaintiffs,

  v.

JOHN McGINNESS, et al.,

    Defendants.
_____/

///

1 | The Court has received the Notice of Related Cases
2 | concerning the above-captioned cases filed May 5, 2009. See
3 | Local Rule 83-123, E.D. Cal. (1997). The Court has determined,
4 | however, that it is inappropriate to relate or reassign the
5 | cases, and therefore declines to do so. This Order is issued for
6 | informational purposes only, and shall have no effect on the
7 | status of the cases, including any previous Related (or Non-
8 | Related) Case Order of this Court.

IT IS SO ORDERED.

Dated: May 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE