**LAW OFFICES**
OF
**GARY W. GORSKI**
8459 NEPHI WAY
FAIR OAKS, CA 95628
(916) 965-6800
(916) 965-6801 FAX

**LAW OFFICE OF DANIEL M KARALASH**
TELEPHONE: (916) 787-1234
FACSIMILE: (916) 787-0267
DMKARALASH@SUREWEST.NET

GARY W. GORSKI
SBN: 166526
DANIEL M. KARALASH
SBN 176422
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

-ooOoo-

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN MCGINNIS; Detective TIM SHEEHAN; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 225, unknown co-conspirators<br><br>Defendants. | CASE NO.: 2:08-cv-02064-JAM-KJM<br><br>**NOTICE OF *OBJECTION* TO RELATED CASE FILING BY ATTORNEY ALAN GURA REFERENCE SYKES v. McGINNIS case number 2:09-cv-01235-MCE-KJM** |

**PLEASE TAKE NOTICE THAT** Plaintiffs object to the NOTICE OF RELATED CASES filed in the above referenced matter by attorney Alan Gura regarding the case of *SYKES v. McGINNIS*, case number 2:09-cv-01235-MCE-KJM on the following grounds:

1. His filings lack a case number.

2. Plaintiff *Sykes* last filed a CCW application in 2004, which was rejected, and her claim is barred by the statute of limitations, and she never claimed her sexual orientation in her application as being grounds for "good cause" criteria.

3. Unlike the Plaintiffs in *Rothery v. Blanas*, 08-CV-2064-JAM-KJM and *Mehl v. Blanas*, 03-CV-2682-MCE-KJM, the other two remaining Plaintiffs in *Sykes* NEVER submitted CCW applications, and therefore lack standing to bring the action. See *Madsen v. Boise State Univ.*, 976 F.2d 1219 (9th Cir. 1992).

4. Attorney Gura's filings are without merit and should be sanctioned under Rule 11(1) & (3) as the NOTICE OF RELATED CASES was being presented for an improper purpose, to harass, cause unnecessary delay, and needlessly increase the cost of litigation; in addition to lacking any factual nexus or basis for making such a filing.

DATED:    May 12, 2009        LAW OFFICES OF GARY GORSKI

By /s/ Gary W. Gorski
Gary Gorski
Attorney for Plaintiffs