JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104
AMANADA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department); Lou Blanas,
John McGinness, Timothy Sheehan, and
Fred Mason

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY,<br><br>    Defendants.<br>_____ | **CASE NO. 2:08-CV-02064-JAM-KJM**<br><br>**Date: July 1, 2009**<br>**Time: 9:00 a.m.**<br>**Ctrm: 6**<br>**Judge: Honorable John A. Mendez**<br><br>**COUNTY DEFENDANTS'** *NOTICE OF JOINDER* **IN STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN'S MOTION TO DISMISS** |

COUNTY DEFENDANTS, hereby join in the motion to dismiss by Defendant BROWN, and incorporate, as though set forth in full therein, the Memorandum of Points and Authorities and Request for Judicial Notice by Defendant BROWN, into COUNTY DEFENDANTS' Motion to Dismiss as the content and law thereof is applicable to COUNTY DEFENDANTS.

DATED: June 3, 2009          LONGYEAR, O'DEA AND LAVRA, LLP

By: */s/ Jeri L. Pappone*
_____
JOHN A. LAVRA
JERI L. PAPPONE
AMANDA L. BUTTS
Attorneys for County of Sacramento,
Lou Blanas, John McGinness, Timothy
Sheehan, and Fred Mason