JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104
AMANDA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department); Lou Blanas,
John McGinness, Timothy Sheehan

# UNITED STATES DISTRICT COURT   EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN,<br><br>  Plaintiffs,<br><br>v.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; and DOES 1 through 25, unknown co-conspirators,<br><br>  Defendants. | CASE NO. 2:08-CV-02064-JAM-KJM<br><br>**ORDER** |

On July 15, 2009, the hearing on Defendants, County of Sacramento, Lou Blanas, Sheriff John McGinness, and Timothy Sheehan's Motion to Dismiss pursuant to FRCP 12(b)(6), was held before the Honorable John A. Mendez.

Daniel Karalash appeared for Plaintiffs James Rothery and Andrea Hoffman. Geoffrey Graybill appeared on behalf of the State of California Attorney General Jerry Brown. John A. Lavra of Longyear, O'Dea and Lavra appeared on behalf of the Defendants, County of Sacramento, Lou Blanas, Sheriff John McGinness, and Timothy Sheehan, hereinafter "County

1  Defendants".

2  After consideration of the Defendants' moving papers, Plaintiffs' opposition brief, and
3  Defendants' reply brief, together with oral argument presented at the hearing, and good cause
4  appearing therefore, the court hereby rules as follows:

5  The County Defendants' Motion to Dismiss the first claim for relief alleging violation of
6  the RICO statute (18 U.S.C. §§1961-1968) is granted. Plaintiffs' complaint fails to state a claim
7  upon which relief can be granted. The court hereby adopts the findings made at the time of the
8  hearing as set forth in the transcript of the proceedings. Excerpts of the transcript are attached to
9  this order as Exhibit 1, and incorporated herein.

10  The County Defendants' Motion to Dismiss the second claim for relief alleging a
11  violation of Equal Protection Clause pursuant to 42 U.S.C. § 1983 is granted. Plaintiffs'
12  complaint fails to state a claim upon which relief can be granted. The court hereby adopts the
13  findings made at the time of the hearing as set forth in the transcript of the proceedings. Excerpts
14  of the transcript are attached  to this order as Exhibit 1, and incorporated herein.

15  The County Defendants' Motion to Dismiss the third claim, brought under the First and
16  Fourteenth Amendments pursuant to 42 U.S.C. § 1983 is granted. Plaintiffs' complaint fails to
17  state a claim upon which relief can be granted. The court hereby adopts the findings made at the
18  time of the hearing as set forth in the transcript of the proceedings. Excerpts of the transcript are
19  attached  to this order as Exhibit 1, and incorporated herein.

20  The County Defendants' Motion to Dismiss the fourth claim alleging violation of Second
21  Amendment on the grounds that the denial of CCW permits violates Plaintiffs' right to bear arms
22  under the Second Amendment, is granted. Plaintiffs' complaint fails to state a claim upon which
23  relief can be granted. The court hereby adopts the findings made at the time of the hearing as set
24  forth in the transcript of the proceedings. Excerpts of the transcript are attached  to this order as
25  Exhibit 1, and incorporated herein.

26  The County Defendants' Motion to Dismiss the fifth claim brought under the Privileges
27  and Immunities Clause pursuant to 42 U.S.C. § 1983 is granted. Plaintiffs' complaint fails to
28  state a claim upon which relief can be granted. The court hereby adopts the findings made at the

1 time of the hearing as set forth in the transcript of the proceedings. Excerpts of the transcript are
2 attached to this order as Exhibit 1, and incorporated herein.
3      The County Defendants' Motion to Dismiss the sixth claim brought under Ninth and
4 Fourteenth Amendments pursuant to 42 U.S.C. § 1983, alleging that those amendments provide a
5 constitutional right to carry a concealed weapon, is granted. Plaintiffs' complaint fails to state a
6 claim upon which relief can be granted. The court hereby adopts the findings made at the time of
7 the hearing as set forth in the transcript of the proceedings. Excerpts of the transcript are attached
8 to this order as Exhibit 1, and incorporated herein.
9      The County Defendants' Motion to Dismiss the seventh claim, which is purportedly a
10 claim for injunctive relief and declaratory relief is granted. The declaratory and injunctive relief
11 claim is not a separate claim for relief upon which relief may be based and therefore, Plaintiffs'
12 complaint fails to state a claim upon which relief can be granted. The court hereby adopts the
13 findings made at the time of the hearing as set forth in the transcript of the proceedings. Excerpts
14 of the transcript are attached to this order as Exhibit 1, and incorporated herein.
15      The court further orders that this case, and each and every claim, be dismissed with
16 prejudice and without leave to amend, for the reasons as set forth in both the Attorney General's
17 and the County Defendants' briefs. There is no legal basis for the Plaintiffs' claims, and even if
18 given the opportunity to amend, Plaintiffs would be unable to plead a legally cognizable
19 complaint. The court finds this lawsuit to be almost frivolous, if not frivolous. There is no
20 support in the law for this lawsuit. And even if the Court gave the Plaintiffs an opportunity to
21 amend, they would be unable to. These are all solid, well-founded legal reasons set forth in the
22 defendants' briefs as to why this case should not go forward. This lawsuit is just a rehash of
23 David K. Mehl, et al. v. Lou Blanas, et al., U.S. District Court for the Eastern District of
24 California, Civ. No. S03-2682 MCE KJM, and the findings and orders of Judge England from
25 that case are incorporated herein in full.
26 / / /
27 / / /
28  / / /

[PROPOSED] ORDER
Page 3

**APPROVED AS TO FORM :**

DATED: July 24, 2009

/s/ Gary W. Gorski
_____
DANIEL M. KARALASH or GARY GORSKI
COUNSEL FOR PLAINTIFFS

DATED: July 24, 2009

/s/ Geoffrey L. Graybill
_____
GEOFFREY LLOYD GRAYBILL
DEPUTY ATTORNEY GENERAL

DATED: July 24, 2009

/s/ John A. Lavra
_____
JOHN A. LAVRA
ATTORNEY FOR COUNTY DEFENDANTS

**IT IS SO ORDERED:**

Dated: July 27, 2009

/s/ John A. Mendez
_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE