JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104
AMANDA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department); Lou Blanas,
John McGinness, Timothy Sheehan, and
Fred Mason

# UNITED STATES DISTRICT COURT  EASTERN DISTRICT

# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN,<br><br>  Plaintiffs,<br><br>v.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; Detective FRED MASON; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY,<br><br>  Defendants. | **CASE NO. 2:08-CV-02064-JAM-KJM**<br><br>Date: September 9, 2009<br>Time: 9:00 a.m.<br>Ctrm: 6<br>Judge: Honorable John A. Mendez<br><br>**DEFENDANTS' NOTICE OF MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 USCS § 1988 AND FOR SANCTIONS PURSUANT TO 28 USCS § 1927** |

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

Notice is hereby given that on September 9, at 9:00 a.m., or as soon thereafter as the matter can be heard in Courtroom 6, of the above-entitled court, Sacramento County Defendants, will, and do hereby, move the court for an award of attorneys' fees pursuant to 42 USCS § 1988 against Plaintiffs James Rothery, Esq. and Andrea Hoffman, and for sanctions in the form of

attorneys' fees expended in defense of this action against said Plaintiffs' attorneys of record, Gary Gorski and Daniel Karalash, pursuant to 28 USCS § 1927.  The amount of attorneys' fees sought by Defendants in this matter is $34,500.00.

    The specific grounds for the motion are set forth in Defendants' Memorandum of Points and Authorities, which grounds are incorporated in this notice as if set for fully herein.

    This motion is further made and based upon the case file in this matter, and any oral or documentary evidence introduced at any hearing of this matter.

Dated:   August 5, 2009			LONGYEAR, O'DEA & LAVRA, LLP

By  /s/ Jeri L. Pappone
_____
JOHN A. LAVRA
JERI L. PAPPONE
AMANDA L. BUTTS
Attorneys for County of Sacramento,
Lou Blanas, John McGinness, and
Timothy Sheehan

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510