**LAW OFFICES**
OF
**GARY W. GORSKI**
8459 NEPHI WAY
FAIR OAKS, CA 95628
(916) 965-6800
(916) 965-6801 FAX

**LAW OFFICE OF DANIEL M KARALASH**
TELEPHONE: (916) 787-1234
FACSIMILE: (916) 787-0267
DMKARALASH@SUREWEST.NET

GARY W. GORSKI
SBN: 166526
DANIEL M. KARALASH
SBN 176422
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

-ooOoo-

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN<br><br>Plaintiffs,<br><br>vs.<br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN MCGINNIS; Detective TIM SHEEHAN; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 225, unknown co-conspirators<br><br>Defendants. | CASE NO.: 2:08-cv-02064-JAM-KJM<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT |

**NOTICE IS HEREBY GIVEN** that Plaintiffs JAMES ROTHERY, Esq. and ANDREA HOFFMAN appeal to the United States Court of Appeals for the Ninth Circuit from the final orders of the district court dismissing the First Amended Complaint with prejudice and **without leave to amend**, entered in this case on **July 27, 2009 and July 29, 2009**.

DATED:     May 12, 2009          LAW OFFICES OF GARY GORSKI

                                 By /s/ Gary W. Gorski
                                    Gary Gorski
                                    Attorney for Plaintiffs

1