The Law Offices of Gary W. Gorski
Attorney Gary W. Gorski
SBN: 166526
8549 Nephi Way
Fair Oaks, CA 95628
Tel. (916) 965-6800
Fax (916) 965-6801
usrugby@pacbell.net

Co-Counsel
The Law Office of Daniel M. Karalash
Attorney Daniel M. Karalash
SBN: 176422
Tel. (916) 787-1234
Fax (916) 787-0267
dmkaralash@surewest.net

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN, <br><br>Plaintiffs, <br><br>vs. <br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNIS; Detective TIM SHEEHAN; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY, <br><br>Defendants. | **CASE NO. 2:08-CV-02064-JAM-KJM** <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES AND COUNTER MOTION FOR SUSPENSION OF MOTION PURSUANT TO RULE 78-230(e)** <br><br> Date: September 9, 2009 <br> Time: 9:00 a.m. <br> Ctrm: 6 <br> Judge: Honorable John A. Mendez |

REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of the existence of the following court filings in support of Plaintiffs Opposition.

1. **Exhibit "A"**, which is attached hereto, is a true and correct PDF scanned copy of the First

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES AND COUNTER MOTION FOR SUSPENSION OF MOTION PURSUANT TO RULE 78-230(e)

- 1 -

1    Amended Complaint in the case of *Sykes v. McGinnis*, Case No. 09-CV-01235-MCE-KJM.

2.   **Exhibit "B"**, which is attached hereto, is a true and correct PDF scanned copy of the moving Defendants Answer to the First Amended Complaint in the case of *Sykes v. McGinnis*, Case No. 09-CV-01235-MCE-KJM.

3.   **Exhibit "C"**, which is attached hereto, is a true and correct PDF scanned copy of Notice of Related Cases filed in the cases of *Mehl v. Blanas*, 03-CV-2682-MCE-KJM and *Rothery v. Blanas*, 08-CV-2064-JAM-KJM, on behalf of the Plaintiffs in *Sykes v. McGinnis*, Case No. 09-CV-01235-MCE-KJM.

4.   All of the following bate stamped documents commencing with the letter "D" are relevant portions of the approximate 4000 pages of relevant documents that were produced by Defendant Blanas under the penalty of perjury, per his discovery responses at Exhibits G, H, J, K, L, and N, and the County's response at Exhibit I.  These discovery responses are true and correct scans of the originals produced.

**5.**  **Exhibit "D"**, which is attached hereto, is a true and correct PDF scanned copy of DEFENDANT JOHN McGINNESS AND COUNTY OF SACRAMENTO'S NOTICE OF MOTION AND MOTION TO CONTINUE OR SUSPEND HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT in the case of *Sykes v. McGinnis*, Case No. 09-CV-01235-MCE-KJM.

6.   **Exhibit "E"**, which is attached hereto, is a true and correct PDF scanned copy of the SUPPLEMENTAL MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANT JOHN McGINNESS AND COUNTY OF SACRAMENTO'S MOTION TO CONTINUE OR SUSPEND HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT in the case of *Sykes v. McGinnis*, Case No. 09-CV-01235-MCE-KJM.

7.   **Exhibit "F"**, which is attached hereto, is a true and correct PDF scanned copy of the Court Docket Report in the case of *Sykes v. McGinnis*, Case No. 09-CV-01235-MCE-KJM.

Dated:  August 26, 2009         The Law Offices of Gary W. Gorski
                                By:   /s/ Gary W. Gorski
                                      Gary W. Gorski
                                      Attorney for Plaintiffs

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES AND COUNTER MOTION FOR SUSPENSION OF MOTION PURSUANT TO RULE 78-230(e)**

- 2 -