John A. Lavra, SBN 114533
Jeri L. Pappone, SBN 210104
Amanda L. Butts, SBN 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for COUNTY OF SACRAMENTO
JOHN MCGINNESS

UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA SYKES, ANDREW WITHAM, ADAM RICHARDS, SECOND AMENDMENT FOUNDATION, INC., AND THE CALGUNS FOUNDATION, INC. | **CASE NO.** 2:09-cv-01235-MCE-KJM |
| | **ANSWER TO COMPLAINT BY COUNTY OF SACRAMENTO** |
| Plaintiffs | |
| | DEMAND FOR JURY TRIAL |
| v. | |
| JOHN MCGINNESS, COUNTY OF SACRAMENTO, ED PRIETO, AND COUNTY OF YOLO | |
| Defendants. | |

COMES NOW DEFENDANT, COUNTY OF SACRAMENTO, and in answer to

Plaintiffs' First Amended Complaint admits, denies and alleges as follows:

1.      In answering paragraph 1, Defendant lacks sufficient information or belief upon

which to either admit or deny the allegations, and based thereon denies all allegations contained

therein.

/ / /

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

EXHIBIT "B"

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

2.      In answering paragraph 2 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

3.      In answering paragraph 3 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

4.      In answering paragraph 4 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

5.      In answering paragraph 5 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

6.      In answering paragraph 6 of Plaintiffs' First Amended Complaint, Defendant admits.

7.      In answering paragraph 7 of Plaintiffs' First Amended First Amended Complaint, Defendant admits that John McGinness is currently the Sheriff of Sacramento County, and denies all other allegations contained therein.

8.      In answering paragraph 8 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

9.      In answering paragraph 9 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

**ANSWER TO COMPLAINT BY DEFENDANT COUNTY OF SACRAMENTO**

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

10. In answering paragraph 10 of Plaintiffs' First Amended Complaint, Defendant admits to jurisdiction of this Court.

11. In answering paragraph 11 of Plaintiffs' First Amended Complaint, Defendant admits to Venue in this Court.

12. In answering paragraph 12 of Plaintiffs' First Amended Complaint, said paragraph contains argumentative, vague, and conclusory statements which are not factual allegations, which purport to be legal conclusions, and which do not constitute a short plain statement of the claim as required by Federal Rule of Civil Procedure 8. Therefore, Defendant denies such statements.

13. In answering paragraph 13 of Plaintiffs' First Amended Complaint, said paragraph contains argumentative, vague, and conclusory statements which are not factual allegations, which purport to be legal conclusions, and which do not constitute a short plain statement of the claim as required by Federal Rule of Civil Procedure 8. Therefore, Defendant denies such statements.

14. In answering paragraph 14 of Plaintiffs' First Amended Complaint, said paragraph contains argumentative, vague, and conclusory statements which are not factual allegations, which purport to be legal conclusions, and which do not constitute a short plain statement of the claim as required by Federal Rule of Civil Procedure 8. Therefore, Defendant denies such statements.

15. In answering paragraph 15 of Plaintiffs' First Amended Complaint, said paragraph contains argumentative, vague, and conclusory statements which are not factual allegations, which purport to be legal conclusions, and which do not constitute a short plain statement of the claim as required by Federal Rule of Civil Procedure 8. Therefore, Defendant

**ANSWER TO COMPLAINT BY DEFENDANT COUNTY OF SACRAMENTO**

1   denies such statements.

2       16.     In answering paragraph 16 of Plaintiffs' First Amended Complaint, said

3   paragraph contains argumentative, vague, and conclusory statements which are not factual

4   allegations, which purport to be legal conclusions, and which do not constitute a short plain

5   statement of the claim as required by Federal Rule of Civil Procedure 8.  Therefore, Defendant

6   denies such statements.

7

8       17.     In answering paragraph 17 of Plaintiffs' First Amended Complaint, said

9   paragraph contains argumentative, vague, and conclusory statements which are not factual

10  allegations, which purport to be legal conclusions, and which do not constitute a short plain

11  statement of the claim as required by Federal Rule of Civil Procedure 8.  Therefore, Defendant

12  denies such statements.

13

14      18.     In answering paragraph 18 of Plaintiffs' First Amended Complaint, said

15  paragraph contains argumentative, vague, and conclusory statements which are not factual

16  allegations, which purport to be legal conclusions, and which do not constitute a short plain

17  statement of the claim as required by Federal Rule of Civil Procedure 8.  Therefore, Defendant

18  denies such statements.

19

20      19.     In answering paragraph 19 of Plaintiffs' First Amended Complaint, said

21  paragraph contains argumentative, vague, and conclusory statements which are not factual

22  allegations, which purport to be legal conclusions, and which do not constitute a short plain

23  statement of the claim as required by Federal Rule of Civil Procedure 8.  Therefore, Defendant

24  denies such statements.

25

26      20.     In answering paragraph 20 of Plaintiffs' First Amended Complaint, said

27  paragraph contains argumentative, vague, and conclusory statements which are not factual

28

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

**ANSWER TO COMPLAINT BY DEFENDANT COUNTY OF SACRAMENTO**

allegations, which purport to be legal conclusions, and which do not constitute a short plain statement of the claim as required by Federal Rule of Civil Procedure 8. Therefore, Defendant denies such statements.

21. In answering paragraph 21 of Plaintiffs' First Amended Complaint, said paragraph contains argumentative, vague, and conclusory statements which are not factual allegations, which purport to be legal conclusions, and which do not constitute a short plain statement of the claim as required by Federal Rule of Civil Procedure 8. Therefore, Defendant denies such statements.

22. In answering paragraph 22 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

23. In answering paragraph 23 of Plaintiffs' First Amended Complaint, said paragraph contains argumentative, vague, and conclusory statements which are not factual allegations, which purport to be legal conclusions, and which do not constitute a short plain statement of the claim as required by Federal Rule of Civil Procedure 8. Therefore, Defendant denies such statements.

24. In answering paragraph 24 of Plaintiffs' First Amended Complaint, said paragraph contains argumentative, vague, and conclusory statements and which do not constitute a short plain statement of the claim as required by Federal Rule of Civil Procedure 8. Therefore, Defendant denies such statements.

25. In answering paragraph 25 of Plaintiffs' First Amended Complaint, Defendant admits that Plaintiff Sykes' application for a CCW permit was denied, but denies all further allegations contained in this paragraph.

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

**ANSWER TO COMPLAINT BY DEFENDANT COUNTY OF SACRAMENTO**

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

26. In answering paragraph 26 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

27. In answering paragraph 27 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

28. In answering paragraph 28 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

29. In answering paragraph 29 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

30. In answering paragraph 30 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

31. In answering paragraph 31 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

32. In answering paragraph 32 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

33. In answering paragraph 33 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and

**ANSWER TO COMPLAINT BY DEFENDANT COUNTY OF SACRAMENTO**

based thereon denies all allegations contained therein.

34. In answering paragraph 34 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

35. In answering paragraph 35 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

36. In answering paragraph 36 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

37. In answering paragraph 37 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

38. In answering paragraph 38 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

39. In answering paragraph 39 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

40. In answering paragraph 40 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

41. In answering paragraph 41 of Plaintiffs' First Amended Complaint, Defendant

**ANSWER TO COMPLAINT BY DEFENDANT COUNTY OF SACRAMENTO**

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

42.    In answering paragraph 42 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

43.    In answering paragraph 43 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

44.    In answering paragraph 44 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

45.    In answering paragraph 45 of Plaintiffs' First Amended Complaint, said paragraph contains argumentative, vague, and conclusory statements and which do not constitute a short plain statement of the claim as required by Federal Rule of Civil Procedure 8.  Therefore, Defendant denies such statements.

46.    In answering paragraph 46 of Plaintiffs' First Amended Complaint, Defendant lacks sufficient information or belief upon which to either admit or deny the allegations, and based thereon denies all allegations contained therein.

47.    In answering paragraph 47 of Plaintiffs' First Amended Complaint, said paragraph contains argumentative, vague, and conclusory statements and which do not constitute a short plain statement of the claim as required by Federal Rule of Civil Procedure 8.  Therefore, Defendant denies such statements.

48.    In answering paragraph 48 of Plaintiffs' First Amended Complaint, Defendant

1  lacks sufficient information or belief upon which to either admit or deny the allegations, and

2  based thereon denies all allegations contained therein.

3

4      49.    In answering paragraph 49 of Plaintiffs' First Amended Complaint, said

5  paragraph contains argumentative, vague, and conclusory statements and which do not constitute

6  a short plain statement of the claim as required by Federal Rule of Civil Procedure 8.  Therefore,

7  Defendant denies such statements.

8      50.    In answering paragraph 50 of Plaintiffs' First Amended Complaint, Defendant

9  lacks sufficient information or belief upon which to either admit or deny the allegations, and

10  based thereon denies all allegations contained therein.

11

12      51.    In answering paragraph 51 of Plaintiffs' First Amended Complaint, Defendant

13  lacks sufficient information or belief upon which to either admit or deny the allegations, and

14  based thereon denies all allegations contained therein.

15      52.    In answering paragraph 52 of Plaintiffs' First Amended Complaint, Defendant

16  lacks sufficient information or belief upon which to either admit or deny the allegations, and

17  based thereon denies all allegations contained therein.

18

19                   **AFFIRMATIVE DEFENSES**

20  As separate and affirmative defenses, this answering Defendant alleges as follows:

21                  **FIRST AFFIRMATIVE DEFENSE**

22

23  Plaintiffs' First Amended Complaint, and each and every claim therein, fails to state facts

24  sufficient to constitute a claim for relief.

25                **SECOND AFFIRMATIVE DEFENSE**

26  Defendant acted reasonably and in good faith without violating any known constitutional

27  rights of Plaintiffs and Plaintiffs' Federal claims are barred by the qualified immunity of

28

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

**ANSWER TO COMPLAINT BY DEFENDANT COUNTY OF SACRAMENTO**

Defendant.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the applicable statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred as Plaintiffs lack legal standing.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of *laches*.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail to adequately state a claim for which injunctive relief can be granted.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' damages, if any, were caused in whole or part by others and any alleged conduct of Defendant was not a legal or proximate cause of any of Plaintiffs' claimed injuries or damages.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the Eleventh Amendment to the United States Constitution.

## NINTH AFFIRMATIVE DEFENSE

That Plaintiffs' own conduct estops Plaintiffs from claiming that defendant caused them harm and from claiming the damages alleged in the complaint.

## TENTH AFFIRMATIVE DEFENSE

That some or all of Plaintiffs' claims are barred by estoppel and/or waiver occasioned by Plaintiffs' own conduct.

## ELEVENTH AFFIRMATIVE DEFENSE

ANSWER TO COMPLAINT BY DEFENDANT COUNTY OF SACRAMENTO

PAGE   10

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

That Defendant is not vicariously liable for any act or omission of any other person, by way of respondeat superior or otherwise.

**TWELFTH AFFIRMATIVE DEFENSE**

That the complaint, and each claim for relief are uncertain.

**THIRTEENTH AFFIRMATIVE DEFENSE**

At all times herein, Defendant had a good faith belief that its conduct did not violate any established state or federal statutory or constitutional right, and further acted in good faith, and Defendant is hereby immune from liability for the acts, omissions, and damages claimed by Plaintiff.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Defendant is immune from liability by virtue of the provisions of Title I, Division 3.6 of the Government Code of the State of California, all as set forth in Government Code §§810, et seq., including, but not limited to, Government Code Sections 815.2, 818.8, 820.2, 820.4, 821.6 and 822.2.

**WHEREFORE**, Defendant prays for judgment against Plaintiffs as follows:

1. That Plaintiffs take nothing from their First Amended Complaint filed herein;

2. That attorneys' fees and costs be awarded to this answering Defendant; and;

3. For such other and further relief as this court may deem just and proper.

Dated: June 3, 2009                    LONGYEAR, O'DEA & LAVRA, LLP

                                       */s/ Jeri L. Pappone*
                                By:    _____
                                       JOHN A. LAVRA
                                       JERI L. PAPPONE
                                       AMANDA L. BUTTS
                                       Attorneys for County of Sacramento and
                                       John McGinness

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

1

## **DEMAND FOR JURY TRIAL**

2

DEFENDANT COUNTY OF SACRAMENTO, hereby demands a trial by jury.

3

Dated: June 3, 2009                    LONGYEAR, O'DEA & LAVRA, LLP

4

5
                                        */s/ Jeri L. Pappone*
                    By:    _____

6
                           JOHN A. LAVRA
7                          JERI L. PAPPONE
                           AMANDA L. BUTTS
8                          Attorneys for County of Sacramento and
                           John McGinness

9

10

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER TO COMPLAINT BY DEFENDANT COUNTY OF SACRAMENTO**

# PROOF OF SERVICE

**CASE NAME: Sykes et al. vs. County of Sacramento et al.**
**CASE NO.:**      2:09-cv-01235-MCE-KJM

I am employed in the County of Sacramento.  I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 3620 American River Dr. Suite 230, Sacramento, CA 95864.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On, JUNE 3, 2009,  I served the following:

ANSWER TO COMPLAINT BY JOHN McGINNESS

\_    United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

\_    By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

\_    Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

Alan Gura                                        Donald E. J. Kilmer , Jr.
Gura & Possessky                             Law Offices Of Donald Kilmer, APC
101 N. Columbus Street                      1645 Willow Street, Suite 150
Suite 405                                         San Jose , CA 95125
Alexandria , VA 22301

__X__    FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on, June 3, 2009, at Sacramento, California.

*/s/ Lorie Dawn Wharton*
Lorie Dawn Wharton

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510