Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deanna Sykes, et al., ) | Case No. |
| Plaintiffs, ) | NOTICE OF RELATED CASES |
| v. ) | [L.R. 83-123] |
| John McGinness, et al. ) | |
| Defendants. ) | |

NOTICE OF RELATED CASES

COME NOW the Plaintiffs, Deanna Sykes, Andrew Witham, Adam Richards, Second Amendment Foundation, Inc. ("SAF"), and The Calguns Foundation, Inc. ("CGF"), by and through undersigned counsel, and pursuant to Local Rule 83-123 provide notice that this action may be related to:

*Rothery v. Blanas*, 08-CV-2064-JAM-KJM

*Mehl v. Blanas*, 03-CV-2682-MCE-KJM

The previously-filed cases contain numerous allegations of which Plaintiffs have no knowledge and which, regardless of their merit, appear wholly unrelated to the instant case. However, to the extent the earlier cases can be construed[1] as challenging the constitutionality of

---

[1] *But see* Fed .R. Civ. P. 8 (requiring short and plain statement of the case). The amended complaint in *Rothery* spans 74 pages and 808 paragraphs of allegations, including a complicated RICO conspiracy claim.

1  denying gun carry permits for lack of "moral character" and "good cause," the cases are related.

2  It would be detrimental to the public interest to attempt answering the important

3  constitutional question raised by this case within the context of the earlier-filed cases, which do

4  not present the issue in a coherent fashion. Moreover, Plaintiffs note that a Rule 12 motion filed

5  by Defendants in *Rothery* has gone unopposed and thus may be treated by the Court as conceded.

6  Rule 83-123 contemplates the relation of cases where doing so "is likely to effect a

7  substantial savings of judicial effort."  Plaintiffs are confident that their presentation of the core

8  constitutional issues in this action will be efficient and coherent, enabling and the Court to render

9  a considered decision on the merits on dispositive motions raising only questions of law.

10  Dated: May 5, 2009                            Respectfully submitted,

11  Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)    Alan Gura (Calif. Bar No. 178221)
    Law Offices of Donald Kilmer, A.P.C.            Gura & Possessky, PLLC
12  1645 Willow Street, Suite 150                   101 N. Columbus St., Suite 405
    San Jose, CA 95125                              Alexandria, VA 22314
13  408.264.8489/Fax 408.264.8487                   703.835.9085/Fax 703.997.7665
    E-Mail: Don@DKLawOffice.com

14
                                        By:    /s/ Alan Gura_____
15                                             Alan Gura

16                                             Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deanna Sykes, et al., ) | Case No. |
| Plaintiffs, ) | NOTICE OF RELATED CASES |
| v. ) | [L.R. 83-123] |
| John McGinness, et al. ) | |
| Defendants. ) | |

NOTICE OF RELATED CASES

COME NOW the Plaintiffs, Deanna Sykes, Andrew Witham, Adam Richards, Second Amendment Foundation, Inc. ("SAF"), and The Calguns Foundation, Inc. ("CGF"), by and through undersigned counsel, and pursuant to Local Rule 83-123 provide notice that this action may be related to:

*Rothery v. Blanas*, 08-CV-2064-JAM-KJM

*Mehl v. Blanas*, 03-CV-2682-MCE-KJM

The previously-filed cases contain numerous allegations of which Plaintiffs have no knowledge and which, regardless of their merit, appear wholly unrelated to the instant case. However, to the extent the earlier cases can be construed[1] as challenging the constitutionality of

---

[1] *But see* Fed .R. Civ. P. 8 (requiring short and plain statement of the case). The amended complaint in *Rothery* spans 74 pages and 808 paragraphs of allegations, including a complicated RICO conspiracy claim.

1 denying gun carry permits for lack of "moral character" and "good cause," the cases are related.

2     It would be detrimental to the public interest to attempt answering the important

3 constitutional question raised by this case within the context of the earlier-filed cases, which do

4 not present the issue in a coherent fashion. Moreover, Plaintiffs note that a Rule 12 motion filed

5 by Defendants in *Rothery* has gone unopposed and thus may be treated by the Court as conceded.

6     Rule 83-123 contemplates the relation of cases where doing so "is likely to effect a

7 substantial savings of judicial effort." Plaintiffs are confident that their presentation of the core

8 constitutional issues in this action will be efficient and coherent, enabling and the Court to render

9 a considered decision on the merits on dispositive motions raising only questions of law.

10     Dated: May 5, 2009     Respectfully submitted,

11 Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)   Alan Gura (Calif. Bar No. 178221)
Law Offices of Donald Kilmer, A.P.C.   Gura & Possessky, PLLC
12 1645 Willow Street, Suite 150   101 N. Columbus St., Suite 405
San Jose, CA 95125   Alexandria, VA 22314
13 408.264.8489/Fax 408.264.8487   703.835.9085/Fax 703.997.7665
E-Mail: Don@DKLawOffice.com

14

    By:   /s/ Alan Gura_____
15     Alan Gura

16     Attorneys for Plaintiffs