CIVIL

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:09-cv-01235-MCE-KJM

Sykes et al v. McGinness et al
Assigned to: Judge Morrison C. England, Jr
Referred to: Magistrate Judge Kimberly J. Mueller
Cause: 42:1983 Civil Rights Act

Date Filed: 05/05/2009
Jury Demand: None
Nature of Suit: 950 Constitutional - State Statute
Jurisdiction: Federal Question

**Plaintiff**

**Deanna Sykes**  represented by  **Alan Gura**
Gura & Possessky
101 N. Columbus Street
Suite 405
Alexandria , VA 22301
703-835-9085
Fax: 703-997-7665
Email: alan@gurapossessky.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald E. J. Kilmer , Jr.**
Law Offices Of Donald Kilmer, APC
1645 Willow Street, Suite 150
San Jose , CA 95125
408-264-8489
Fax: 408-264-8487
Email: Don@DKLawOffice.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Witham**  represented by  **Alan Gura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald E. J. Kilmer , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Richards**  represented by  **Alan Gura**
(See above for address)

EXHBIIT "F"

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald E. J. Kilmer , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Second Amendment Foundation**　　represented by **Alan Gura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald E. J. Kilmer , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Calguns Foundation, Inc.**　　represented by **Alan Gura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald E. J. Kilmer , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John McGinness**　　represented by **Jeri Lynn Pappone**
Longyear, Odea & Lavra, LLP
3620 American River Drive Suite 230
Sacramento , CA 95864
(916) 974-8500 x106
Fax: (916) 974-8510
Email: pappone@longyearlaw.com

**Defendant**

**County of Sacramento**　　represented by **Jeri Lynn Pappone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ed Prieto**　　represented by **J. Scott Smith**
Angelo Kilday and Kilduff
601 University Avenue
Suite 150
Sacramento , CA 95825

|  |  |
|---|---|
|  | 916-564-6100<br>Fax: 916-564-6263<br>Email: jsmith@akk-law.com<br>*LEAD ATTORNEY* |
| **Defendant** |  |
| **County of Yolo** | represented by **J. Scott Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Movant** |  |
| **David K Mehl** | represented by **Gary William Gorski**<br>Law Offices of Gary W. Gorski<br>8549 Nephi Way<br>Fair Oaks , CA 95628<br>(916) 965-6800<br>Fax: (916) 965-6801<br>Email: usrugby@pacbell.net<br>*ATTORNEY TO BE NOTICED* |
| **Movant** |  |
| **Lok T. Lau** | represented by **Gary William Gorski**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Movant** |  |
| **Andrea Hoffman** | represented by **Gary William Gorski**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Movant** |  |
| **James Rothery** | represented by **Gary William Gorski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2009 | 1 | COMPLAINT against all defendants by plts. (Attachments: # 1 Civil Cover Sheet)(Gura, Alan) Modified on 5/5/2009 (Duong, D). (Entered: 05/05/2009) |
| 05/05/2009 | 2 | NOTICE of RELATED CASE 2:03-cv-2682 MCE KJM, 2:08-cv-2064 JAM KJM by plts. (Gura, Alan) Modified on 5/5/2009 (Duong, D). (Entered: 05/05/2009) |
| 05/05/2009 | 3 | NOTICE *of Claim of Unconstitutionality [Local Rule 24-132]* by all plaintiffs. (Gura, Alan) (Entered: 05/05/2009) |
| 05/05/2009 | 4 | CIVIL COVER SHEET by plts. (Gura, Alan) Modified on 5/5/2009 (Duong, |

| | | |
|---|---|---|
| | | D). (Entered: 05/05/2009) |
| 05/05/2009 | | RECEIPT number #CAE200016584 $350.00 fbo Deanna Sykes by Alan Gura on 5/5/2009. (Duong, D) (Entered: 05/05/2009) |
| 05/05/2009 | 6 | SUMMONS ISSUED as to *John McGinness, County of Sacramento, Ed Prieto, County of Yolo* with answer to complaint due within *20* days. Attorney *Alan Gura* *Gura & Possessky, PLLC* *101 N. Columbus Street, Suite 405* *Alexandria, VA 22314*. (Duong, D) (Entered: 05/05/2009) |
| 05/05/2009 | 7 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms, # 2 VDPR Forms) (Duong, D) (Entered: 05/05/2009) |
| 05/07/2009 | 8 | AMENDED COMPLAINT against all defendants by Second Amendment Foundation, Calguns Foundation, Inc., Deanna Sykes, Andrew Witham, Adam Richards.(Gura, Alan) (Entered: 05/07/2009) |
| 05/12/2009 | 9 | NON RELATED CASE ORDER signed by Judge Morrison C. England, Jr on 5/11/2009 ORDERING the Court has determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so. (Matson, R) (Entered: 05/12/2009) |
| 05/12/2009 | 10 | NOTICE *of Objection to Related Case Filing by Attorney Alan Gura in the Cases of Rothery v. Blanas, 08-CV-2064-JAM-KJM and Mehl v. Blanas, 03* by David K Mehl, Lok T. Lau, Andrea Hoffman, James Rothery. Attorney Gorski, Gary William added. (Gorski, Gary) Modified on 5/13/2009 (Mena-Sanchez, L). (Entered: 05/12/2009) |
| 06/03/2009 | 11 | ANSWER to AMENDED COMPLAINT *by County of Sacramento* by John McGinness, County of Sacramento. Attorney Pappone, Jeri Lynn added. (Pappone, Jeri) (Entered: 06/03/2009) |
| 06/03/2009 | 12 | ANSWER to COMPLAINT by John McGinness.(Pappone, Jeri) (Entered: 06/03/2009) |
| 06/30/2009 | 13 | STIPULATION and PROPOSED ORDER for Extension of Time to Respond re 8 Amended Complaint by Ed Prieto, County of Yolo. Attorney Smith, J. Scott added. (Smith, J.) (Entered: 06/30/2009) |
| 07/08/2009 | 14 | JOINT STATUS REPORT by John McGinness, County of Sacramento. (Pappone, Jeri) (Entered: 07/08/2009) |
| 07/15/2009 | 15 | STIPULATION and ORDER signed by Judge Morrison C. England, Jr on 7/14/09 re 13 ORDERING that the time for Sheriff Ed Prieto and the County of Yolo to respond to Plaintiff's 8 First Amended Complaint on file herein is hereby EXTENDED to and including July 15, 2009. (Duong, D) (Entered: 07/15/2009) |
| 07/15/2009 | 16 | ANSWER to AMENDED COMPLAINT by Ed Prieto, County of Yolo.(Smith, J.) (Entered: 07/15/2009) |
| 07/23/2009 | 17 | CERTIFICATE of SERVICE by plaintiffs. (Kilmer, Donald) Modified on 7/24/2009 (Marciel, M). (Entered: 07/23/2009) |
| 08/06/2009 | 18 | MOTION for SUMMARY JUDGMENT by Second Amendment Foundation, |

|  |  |  |
|---|---|---|
|  |  | Calguns Foundation, Inc., Deanna Sykes, Andrew Witham, Adam Richards. Motion Hearing set for 9/24/2009 at 02:00 PM in Courtroom 7 (MCE) before Judge Morrison C. England Jr. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Kilmer, Donald) Modified on 8/18/2009 (Reader, L). (Entered: 08/06/2009) |
| 08/06/2009 | 19 | MEMORANDUM by Second Amendment Foundation, Calguns Foundation, Inc., Deanna Sykes, Andrew Witham, Adam Richards in SUPPORT of 18 MOTION for SUMMARY JUDGMENT. (Kilmer, Donald) (Entered: 08/06/2009) |
| 08/06/2009 | 20 | STATEMENT of Undisputed Facts in Support of Motion for Summary Judgment by Plaintiffs Second Amendment Foundation, Calguns Foundation, Inc., Deanna Sykes, Andrew Witham, Adam Richards re 18 MOTION for SUMMARY JUDGMENT. (Kilmer, Donald) (Entered: 08/06/2009) |
| 08/06/2009 | 21 | DECLARATION of DEANNA SYKES in SUPPORT OF 18 MOTION for SUMMARY JUDGMENT. (Kilmer, Donald) (Entered: 08/06/2009) |
| 08/06/2009 | 22 | DECLARATION of GENE HOFFMAN, JR. in SUPPORT OF 18 MOTION for SUMMARY JUDGMENT. (Kilmer, Donald) (Entered: 08/06/2009) |
| 08/06/2009 | 23 | DECLARATION of ADAM RICHARDS in SUPPORT OF 18 MOTION for SUMMARY JUDGMENT. (Kilmer, Donald) (Entered: 08/06/2009) |
| 08/06/2009 | 24 | DECLARATION of ANDREW WITHAM in SUPPORT OF 18 MOTION for SUMMARY JUDGMENT. (Kilmer, Donald) (Entered: 08/06/2009) |
| 08/06/2009 | 25 | DECLARATION of ALAN GOTTLIEB in SUPPORT OF 18 MOTION for SUMMARY JUDGMENT. (Kilmer, Donald) (Entered: 08/06/2009) |
| 08/18/2009 | 26 | PRETRIAL SCHEDULING ORDER signed by Judge Morrison C. England, Jr. on 8/17/2009 ORDERING Disclosure of Expert Witnesses due by 3/8/2010. Discovery due by 1/11/2010. Dispositive Motions due by 5/6/2010, Trial Brief due by 8/19/2010 by 4:00 PM. Evidentiary and/or Procedural Motions due by 8/12/2010; Oppositions due by 8/19/2010, any reply by 8/26/2010. Final Pretrial Conference set for 9/2/2010 at 02:00 PM in Courtroom 7 (MCE) before Judge Morrison C. England Jr. Joint Pretrial Conference Statement due by 8/12/2010. Jury Trial set for 11/1/2010 at 09:00 AM in Courtroom 7 (MCE) before Judge Morrison C. England Jr. (Reader, L) (Entered: 08/18/2009) |
| 08/20/2009 | 27 | OBJECTIONS by defendants to 26 Pretrial Scheduling Order. (Pappone, Jeri) Modified on 8/21/2009 (Marciel, M). (Entered: 08/20/2009) |
| 08/21/2009 | 28 | MOTION to CONTINUE *or Suspend Plaintiff's Motion for Summary Judgment* by John McGinness, County of Sacramento. Motion Hearing set for 9/24/2009 at 02:00 PM in Courtroom 7 (MCE) before Judge Morrison C. England Jr.. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Jeri Pappone)(Pappone, Jeri) (Entered: 08/21/2009) |
| 08/24/2009 | 29 | NOTICE *of Relevant Authority* by all plaintiffs. (Kilmer, Donald) (Entered: 08/24/2009) |
| 08/24/2009 | 30 | SUPPLEMENTAL MEMORANDUM by John McGinness, County of |

| | | |
|---|---|---|
| | | Sacramento in SUPPORT of 28 MOTION to CONTINUE *or Suspend Hearing on Motion for Summary Judgment*. (Pappone, Jeri) Modified on 8/25/2009 (Reader, L). (Entered: 08/24/2009) |
| 08/24/2009 | 31 | APPLICATION and PROPOSED ORDER for Order Shortening Time for Notice and Hearing on 28 Motion to Continue or Suspend Hearing Date on Plaintiffs' Motion for Summary Judgment by John McGinness, County of Sacramento. (Attachments: # 1 Proposed Order)(Pappone, Jeri) Modified on 8/25/2009 (Reader, L). (Entered: 08/24/2009) |
| 08/26/2009 | 32 | OPPOSITION by Second Amendment Foundation, Calguns Foundation, Inc., Deanna Sykes, Andrew Witham, Adam Richards to 28 MOTION to CONTINUE *or Suspend Plaintiff's Motion for Summary Judgment*. (Kilmer, Donald) (Entered: 08/26/2009) |
| 08/26/2009 | 33 | DECLARATION of ALAN GURA in re 28 MOTION to CONTINUE *or Suspend Plaintiff's Motion for Summary Judgment*. (Kilmer, Donald) (Entered: 08/26/2009) |
| 08/26/2009 | 34 | ORDER GRANTING Plaintiffs' Application and Proposed Order for Order Shortening Time for Notice and Hearing 31 . Plaintiffs' Motion to Continue or Suspend Hearing Date on Plaintiffs' Motion for Summary Judgment 28 will be heard on August 27, 2009 at 2:00 p.m. in Courtroom 7. Any resonse to Defendant's Motion shall be filed not later than August 27, 2009 at 10:00 a.m. Signed by Judge Morrison C. England, Jr. on 8/26/2009. (Deutsch, S) (Entered: 08/26/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/26/2009 21:01:44 | | | |
| **PACER Login:** | gg0209 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:09-cv-01235-MCE-KJM |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |