JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104
AMANADA L. BUTTS, CSB No. 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for County of Sacramento
(also erroneously sued herein as Sacramento
County Sheriff's Department); Lou Blanas,
John McGinness, Timothy Sheehan

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN, <br><br> Plaintiffs, <br><br> v. <br><br> Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNESS; Detective TIM SHEEHAN; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators, <br><br> Defendants. | **CASE NO. 2:08-CV-02064-JAM-KJM** <br><br> **Date:** September 9, 2009 <br> **Time:** 9:00 a.m. <br> **Ctrm:** 6 <br> **Judge:** Honorable John A. Mendez <br><br> **SACRAMENTO COUNTY DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR ATTORNEYS' FEES** |

COUNTY DEFENDANTS, hereby reply to Plaintiffs' opposition to their motion for attorneys' fees.

Plaintiff is correct that Defendants failed to file a declaration in support of their motion for attorneys' fees, and that failure was an oversight on counsel's part. A declaration is filed herewith. However, it is Defendants' position that the omission did not prejudice Plaintiffs in their opposition to the motion for attorneys' fees, as the purpose of the declaration is for evaluation by the Court in the fixing of any fees it deems awardable upon a granting of the

1  motion.  All other information which according to the Local Rule is to be included in the
2  declaration, was included in the moving papers, signed by counsel pursuant to Rule 11 standards.
3       As the court ruled in its order dismissing Plaintiffs' complaint with prejudice, this case is
4  a rehash of the *Mehl* case in that Plaintiffs persist in their major challenge being "Defendants'
5  longstanding tradition of denying CCW permits to applicants who do not contribute to the
6  Sheriff's election campaign", and their challenge to the State statutory provisions permitting
7  retired law enforcement officers to obtain a CCW permit, good cause being the inherent risks of
8  their former occupation.  There was no evidence of the alleged "longstanding tradition" in the
9  *Mehl* case, and in fact the evidence was directly contrary to that allegation.  Further, in this
10 complaint, Plaintiffs' RICO cause of action had no merit whatsoever, and appeared only to be a
11 forum for Plaintiffs' counsel's poison pen.
12      Plaintiffs' counsel has brought nothing new before the court in this complaint, but has
13 merely reargued previous complaints.

                                Respectfully submitted,

DATED:  August  28, 2009        LONGYEAR, O'DEA AND LAVRA, LLP

                                        */s/ Jeri L. Pappone*
                                By:     _____
                                        JOHN A. LAVRA
                                        JERI L. PAPPONE
                                        AMANDA L. BUTTS
                                        Attorneys for County of Sacramento,
                                        Lou Blanas, John McGinness, and
                                        Timothy Sheehan

*Left margin:* LONGYEAR, O'DEA & LAVRA, LLP  Attorneys at Law  3620 American River Drive, Suite 230  Sacramento, CA 95864-5923  Telephone (916) 974-8500 / Facsimile (916) 974-8510