## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JAMES ROTHERY, ET AL.,**

CASE NO: **2:08–CV–02064–JAM–KJM**

v.

**COUNTY OF SACRAMENTO, ET AL.,**

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 8/28/09**

**Victoria C. Minor**
Clerk of Court

ENTERED: **August 28, 2009**

by: /s/ K. Engbretson
Deputy Clerk