UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**USCA NUMBER: _____**
USCA, please fill in your case number on the copy provided and <u>return</u> to the US District Court.

**TO:**      **CLERK, U.S. COURT OF APPEALS**

**FROM:**    **CLERK, U.S. DISTRICT COURT**

**SUBJECT:** **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:08−CV−02064−JAM−KJM** |
| USDC Judge: | **JUDGE JOHN A. MENDEZ** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **JAMES ROTHERY vs. COUNTY OF SACRAMENTO** |
| Type: | **CIVIL** |
| Complaint Filed: | **9/3/2008** |
| Appealed Order/Judgment Filed: | **8/28/2009** |
| Court Reporter Information: | **Kelly O'Halloran** |

FEE INFORMATION

**Fee Status: Paid on 8/24/2009 in the amount of $455.00**

Information prepared by: /s/ **A. Kastilahn , Deputy Clerk**