UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**JAMES ROTHERY, ET AL.,**
      Plaintiff

    v.                                **CASE NO. 2:08–CV–02064–JAM–KJM**

**COUNTY OF SACRAMENTO, ET AL.,**
      Defendant

   You are hereby notified that a Notice of Appeal was filed on **August 24, 2009** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

August 28, 2009

                              **VICTORIA C. MINOR
CLERK OF COURT**

                         **by:**  /s/  A. Kastilahn

                             Deputy Clerk