The Law Offices of Gary W. Gorski
Attorney Gary W. Gorski
SBN: 166526
8549 Nephi Way
Fair Oaks, CA 95628
Tel. (916) 965-6800
Fax (916) 965-6801
usrugby@pacbell.net

Co-Counsel
The Law Office of Daniel M. Karalash
Attorney Daniel M. Karalash
SBN: 176422
Tel. (916) 787-1234
Fax (916) 787-0267
dmkaralash@surewest.net

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN, <br><br>            Plaintiffs, <br><br>vs. <br><br>Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNIS; Detective TIM SHEEHAN; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY, <br><br>            Defendants. | CASE NO. 2:08-CV-02064-JAM-KJM <br><br> **SURREPLY DECLARATION OF GARY W. GORSKI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES AND COUNTER MOTION FOR SUSPENSION OF MOTION PURSUANT TO RULE 78-230(e)** AND <br><br> Judge: Honorable John A. Mendez |

## SURREPLY DECLARATION OF GARY W. GORSKI

I, Gary W. Gorski, make this declaration under the penalty:

1. The facts contained herein are of my own personal knowledge, and if called upon to do so, I am competent to and will testify as such.

2. I am the attorney of record for Plaintiffs.

3. Prior to the filing of any motions by the moving Defendants, I was never given safe harbor notice under F.R.C.P. Rule 11, nor have moving Defendants produced evidence of any such notice.

4. I have litigated cases involving the County of Sacramento, commencing in the 1990s. I was the lead attorney of record on two published cases - *Anthony v. County of Sacramento*, 845 F.Supp. 1396 (E.D. Cal. 1994) and *Anthony v. County of Sacramento*, 898 F.Supp. 1435 (E.D. Cal. 1995).

5. Since that time, from what I can recall, the County attorneys have always moved for an award of attorney fees if a case was dismissed or they prevailed at trial, and to date, each and every time, their motions have been denied.

6. Other attorneys have advised me of the same tactics when they litigate cases against the County of Sacramento, and to date, those attorneys have never been held liable for attorney fees either - in fact, I am unaware of any motion by the County of Sacramento Sheriff's Department being granted for attorney fees against a Plaintiff in a 42 U.S.C. Section 1983 action.

7. Most recently, in the case of *Mehl v. Blanas*, 03-CV-2682-MCE-KJM, of which I was, and still am, the lead attorney on, the Honorable Judge England denied a motion that was way more detailed than Defendants' current motion for attorneys fees under the same legal theories.

8. I personally reviewed that motion, and compared it to what was filed in this case, and it is patently obvious way less effort was put into Defendants current motion pending before this court, than the one presented to Judge England.

9. Attached hereto as **Exhibit "G"** is a true and correct copy of the Honorable Judge England's Memorandum and Order, filed 05/02/2008, in *Mehl v. Blanas*, 03-CV-2682-MCE-KJM.

10. I have filed actions against both the state and federal government as well. An example of that work can be found at *Orsay v. U.S. Dept. of Justice*, 289 F.3d 1125 (9th Cir. 2002); *Silveira v. Lockyer*, 312 F.3d 1052 (9th Cir. 2002)(Reinhardt, J); *Silveira v. Lockyer*, 328 F.3d 567

1  (9th Cir. 2003)(six dissents); *Silveira v. Lockyer*, 124 S. Ct. 803 (2003)(Cert Denied).  The
2  County was not a party to any of those actions, though they involve similar types of litigation.
3  11.  I am the lead attorney in  *Mehl v. Blanas*, 03-CV-2682-MCE-KJM (9th Cir. Case Number:
4  08-15773).
5  12.  On 09/11/2009, the 9th Circuit three judge panel issued the following order per the Docket
6  Text: "Filed order (MARY M. SCHROEDER, JANE R. ROTH and MARSHA S. BERZON)
7  This appeal is withdrawn from submission pending decision by the *en banc* panel of this
8  Court in *Nordyke v. King*, No. 07-15763."
9  13.   *Sykes v. McGinnis*, Case No. 09-cv-01235-MCE-KJM, the following transaction was entered
10  on 9/1/2009 in the Eastern District's docket: "ORDER signed by Judge Morrison C. England,
11  Jr. on 8/31/2009. Defendants' [28] Motion to Continue or Suspend is GRANTED and
12  plaintiffs' [18] Motion for Summary Judgment is DENIED without prejudice. All future
13  hearing dates are hereby VACATED. Prior to issuance of 9th Circuit's opinion in Nordyke,
14  no party shall file any Motion for Summary Judgment w/out leave of this Court."
15  14.  Since then, however, the Supreme Court has taken up the very identical issues that
16  Defendants claim I "rehash" – and I will continue to "rehash" until the Supreme Court
17  decides the issue once and for all.
18  15.  The issue will now be resolved.  In the case of *Mcdonald V. Chicago* Case No. 08-1521
19  (lower court decision at 567 F.3 856), the United States Supreme Court granted certiorari on
20  9/30/2009, with the following QUESTIONS PRESENTED: **"Whether the Second**
21  **Amendment right to keep and bear arms is incorporated as against the States by the**
22  **Fourteenth Amendment's Privileges or Immunities or Due Process Clauses."**
23  16.  Exhibit "I" attached hereto is a true and correct copy of the published minute order in the
24  case of *Mcdonald V. Chicago* Case No. 08-1521 (lower court decision at 567 F.3 856), the
25  United States Supreme Court granted certiorari on 9/30/2009, with the following
26  QUESTIONS PRESENTED: **"Whether the Second Amendment right to keep and bear**
27  **arms is incorporated as against the States by the Fourteenth Amendment's Privileges or**
28  **Immunities or Due Process Clauses."**

17. The Ninth Circuit has stayed all pending litigation pertaining to the incorporation issue until the Supreme Court issues its ruling.

18. There is no doubt that my litigation in *Silveira v. Lockyer*, 312 F.3d 1052 (9th Cir. 2002)(Reinhardt, J); *Silveira v. Lockyer*, 328 F.3d 567 (9th Cir. 2003)(six dissents); *Silveira v. Lockyer*, 124 S. Ct. 803 (2003)(Cert Denied) resulted in a rush to the Supreme Court, which is what Defendants refer to as a "rehash".  In *Silveira,* I was deemed prevailing party, and the Honorable Senior District Court Judge William B. Shubb awarded attorney fees to me in that case.  Coincidentally, I was the prevailing attorney in that litigation based upon the Equal Protection legal theory I presented in this case regarding retired peace peace officers, and which this Court dismissed.

19. I have personal knowledge that the FBI was investigating then Sheriff Blanas' involvement regarding his issuance of a CCW (concealed weapons permit) to his good friend, Edwin Gerber.

20. The facts presented in the pleadings in this case are part of the record in this Court and at the Ninth Circuit, and are completely accurate.  I personally took the Deposition of Lou Blanas and Amber Wong, reviewed all the CCW applications of those who contribute money to individual Defendants political campaigns, and reviewed Lou Blanas personal campaign records signed under penalty of perjury.

21. In addition, I retained an expert witness to help me with the factual analysis in this case, and relied upon his expertise to find out what was really going of with CCW being issued in Sacramento County.  The declaration of Timothy G. Twomey filed in *Mehl v. Blanas*, 03-CV-2682-MCE-KJM (9th Cir. Case Number:   08-15773), a true and copy of which is attached hereto as **Exhibit "I"**, is a document I relied upon heavily prior to filing the RICO action in this case. I only included some of the most extreme examples of the abuse of the CCW process that were attached to this declaration as exhibits.

22. For example, take the "oral" CCW application of one Edwin Gerber. Twomey goes through a complete analysis of how he connects campaign contributors with those who were issued a CCW, commencing at Twomey Decl.  ¶ 182-186.

23. This declaration was presented in the case of *Mehl v. Blanas*, pending before the 9th Circuit,

-4-

Case Number: 08-15773.

24. Prior to filing the subject action, I had in my possession, and had personal knowledge of the contents of **Exhibit "I"**, which I relied upon heavily as the factual basis to determine the underlying facts for a RICO action.

25. In addition, prior to filing the complaint in this case, I reviewed The Manual For Complex Litigation, Third (Federal Judicial Center 1995), http://www.carpenters-union.org/documents/draftricocomplaint.htm as a template of a RICO action, U.S. Attorneys' Civil RICO manual 2007, and based upon this research, I prepared an 84 page complaint, that included, a single RICO action combined with six 42 U.S.C. Section 1983 causes of actions. Compare this with the 212 page draft complaint prepared by the United States Government alleging a single RICO action in *Laborers' International Union of North America, AFL-CIO v. Joseph Aiuppa et al.* http://www.laborers.org/complaint.html

26. From my research prior to filing, I determined that it is well-established in most Circuits that civil RICO claims must comply with the pleading requirements of Rule 9(b).

27. I mention the above evidence relied upon to prove I brought the action in good faith, and not to harass or increase the cost of litigation. Lt. Twomey's declaration clearly shows I had good cause to bring the action – this was not something I just pulled out of thin air.

28. As the Court will note, there was no evidence presented by Defendants showing that the facts are not true and accurate.

29. As to the reasonableness of the fees, other than an unsupported conclusory statement, I see no evidence regarding the reasonableness of Defense Counsel charging the county over $30,000 in legal fees for a Rule 12(b)(6) motion. In every fee motion I have brought, I have always produced my bills. Failure to produce the bills leads me to believe the hours are not supported by the true facts.

I declare that the information contained in this declaration is true and correct and made under the penalty of perjury under the laws of the United States of America and the laws of the State of California, signed in Fair Oaks, California, on Friday, October 16, 2009.

/s/ Gary W. Gorski
GARY W. GORSKI
Declarant