**08-1521 MCDONALD V. CHICAGO**

DECISION BELOW:567 F.3 856

LOWER COURT CASE NUMBER: 08-4241, 08-4243, 08-4244

QUESTIONS PRESENTED:
Whether the Second Amendment right to keep and bear arms is incorporated as against the States by the Fourteenth Amendment's Privileges or Immunities or Due Process Clauses.

CERT. GRANTED 9/30/2009