The Law Offices of Gary W. Gorski
Attorney Gary W. Gorski
SBN: 166526
8549 Nephi Way
Fair Oaks, CA 95628
Tel. (916) 965-6800
Fax (916) 965-6801
usrugby@pacbell.net

Co-Counsel
The Law Office of Daniel M. Karalash
Attorney Daniel M. Karalash
SBN: 176422
Tel. (916) 787-1234
Fax (916) 787-0267
dmkaralash@surewest.net

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROTHERY, Esq.; ANDREA HOFFMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> Former Sheriff LOU BLANAS; SHERIFF JOHN McGINNIS; Detective TIM SHEEHAN; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an independent branch of government of the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO; STATE OF CALIFORNIA ATTORNEY GENERAL JERRY BROWN; DOES 1 through 25, unknown co-conspirators; ATTORNEY GENERAL MICHAEL B. MUKASEY, <br><br> Defendants. | **CASE NO. 2:08-CV-02064-JAM-KJM** <br><br> **SURREPLY REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES AND COUNTER MOTION FOR SUSPENSION OF MOTION PURSUANT TO RULE 78-230(e)** <br><br> Judge: Honorable John A. Mendez |

REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of the existence of the following court filings in support of Plaintiffs Opposition.

1. **Exhibit "G"**, which is attached hereto, is a true and correct copy of the Honorable Judge

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES AND COUNTER MOTION FOR SUSPENSION OF MOTION PURSUANT TO RULE 78-230(e)

- 1 -

England's Memorandum and Order, filed 05/02/2008, in *Mehl v. Blanas*, case number 03-CV-2682-MCE-KJM.

2. Exhibit "I" attached hereto is a true and correct copy of the published minute order in the case of *McDonald V. Chicago* Case No. 08-1521 (lower court decision at 567 F.3 856), the United States Supreme Court granted certiorari on 9/30/2009, with the following QUESTIONS PRESENTED: **"Whether the Second Amendment right to keep and bear arms is incorporated as against the States by the Fourteenth Amendment's Privileges or Immunities or Due Process Clauses."**

3. **Exhibit "I"**, which is attached hereto, is a true and correct of the relevant portions of the declaration of Timothy G. Twomey filed in *Mehl v. Blanas*, 03-CV-2682-MCE-KJM (9th Cir. Case Number: 08-15773).

Dated: October 16, 2009         The Law Offices of Gary W. Gorski
                                By:   /s/ Gary W. Gorski
                                      Gary W. Gorski
                                      Attorney for Plaintiffs